1  **BABATUNDE WHITE**
   **PRO SE**
2  **1644 CIPRIANI Pl.**
   **925-470-5757(PH)**
3  **925-237-2129(FAX)**            E-filing
   **thecreative100@yahoo.com**
4

5                  UNITED STATES DISTRICT COURT

6           FOR THE NORTHERN DISTRICT OF CALIFORNIA

7                       OAKLAND DIVISION

8

9  BABATUNDE M. WHITE,              | FEDERAL CASE NO:

10 Petitioner-Defendant.            | C08-02308    JL

11

12         vs.                      | SUPPERIOR COURT OF CALIFORNIA
                                    | CONTRA COSTA COUNTY
13 CONSUMER SOLUTIONS REO, LLC. ET  | PITTSBURG BRANCH
                                    | CASE NO. PS08-0515
14 AL...

15 DOES 1-50, Inclusive             | Jury Trial Demanded

16 Respondent-Plaintiff

17

18

19              NOTICE OF REMOVAL and FEDERAL STAY

20           PURSUANT TO 28 USCA 1446(D) & 1452 with

21                SUPPLEMENTAL OF JURISDICTION

22

23

24 THE CLERK OF THE ABOVE-ENTITLED COURT:

25 PLEASE TAKE NOTICE that defendant hereby removes to this Court
   the state court action described below.

26

27 I. On 03/17/2008, an action was commenced in the Superior Court

28 of California Contra Costa County Pittsburg Branch, entitled

---

NOTICE OF REMOVAL & FEDERAL STAY - 1

*CONSUMER SOLUTIONS REO, LLC.  Plaintiff, vs. Babatunde M. White, Defendant, Case Number- PS 08-0515.*

*II. Defendant was served with summons on April 10th, 2008, and received a copy of plaintiff's petition on April 10th, 2008. This Notice is timely.*

*III. A copy of all process, pleadings and orders served upon defendant in the state court action are attached hereto as Exhibit "A".*

*IV. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C.§1331, and is one which may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. §1441(b) in that it arises under (statute, constitutional provision, or other basis of federal question jurisdiction) .*

*You are hereby notified of the filing of a PETITION FOR REMOVAL in the United States District Court for the Northern District of California, Oakland Division pertaining to the above captioned case and number in the Superior Court of Contra Costa County in accordance with the provisions of 28 USCA 1446 Judiciary and Procedure as regards eviction proceedings occurring in violation of the Uniform Commercial Code, among others.  Pursuant to the provisions of Section 28 USCA 1446(d), the Superior Court of Contra Costa County, State of California, shall not proceed with any eviction of the Petitioner from the real property that is*

1   *the subject matter of the jurisdictional governance of the*

2   *United States District Court.   In said Petition the matter is*

3   *set forth on the following grounds, among others:*

4

5   *1. The Respondent (i.e., Plaintiff in State Court) did*

6   *unlawfully violate 11 USC 362 (c) with eviction proceedings.*

7   *2. The Respondent CONSUMER SOLUTIONS REO, LLC. is an Assignee or*

8   *Trustee in an unlawful foreclosure proceeding and eviction*

9   *proceedings with and against the Petitioner in violation of 12*

10

11  *U.S.C. 3765(1) (3), 12 U.S.C. 3758(3)(A), 12 U.S.C. 3758(1) and*

12  *Title 11 of the U.S. Bankruptcy Code.*

13

14

15

16

17

18                              *Jury Trial Demanded*

19  *WHEREFORE the Petitioner-Defendant demands the following relief:*

20  *1. That this honorable Court removes Plaintiff's action from the*

21  *State Court.*

22

23  *2. Afford and accommodate adequate discovery to be conducted in*

24  *the United States District Court, Northern District of*

25  *California, Oakland Division.*

26  *3. Grant all relief this court deems just and proper.*

27

28

NOTICE OF REMOVAL & FEDERAL STAY - 3

1                                    ***VERIFICATION***

2                                      *(Affidavit)*

3

4   *The undersigned Affiant Babatunde M. White by appellation does*

5   *herewith swear declare and affirm that the Affiant executes this*

6   *Affidavit with sincere intent and competently states the matters*

7   *set forth. I the undersigned, being under penalty of perjury,*

8   *state that I do not have an attorney to represent me in this*

9   *case. In addition, that the contents herein are true, correct*

10  *and not misleading to the best of my knowledge.*

11

12

13

14

15

16  Dated this     11th day of April, 2008

17

18                                      By _Babatunde M. White_
                                           *Babatunde M. White,*
19                                         *in pro se*
                                           *1644 Cipriani Pl.,*
20                                         *Brentwood, CA, 94513*
                                           *925-470-5757 (PH)*
21                                         *925-237-2129 (FAX)*
                                           *thecreative100@yahoo.com*
22

23

24

25

26

27

28

NOTICE OF REMOVAL & FEDERAL STAY - 4

**SUM-130**

# SUMMONS
## *(CITACION JUDICIAL)*
## UNLAWFUL DETAINER-EVICTION
### *(RETENCIÓN ILÍCITA DE UN INMUEBLE-DESALOJO)*

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*



MAR 1 / 2007

K. TORRE CLERK OF THE COURT
SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF CONTRA COSTA - PITTSBURG
By _____
Deputy Clerk

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):* BABATUNDE M. WHITE, and DOES 1
through 100, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):* CONSUMER
SOLUTIONS REO, LLC

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| | |
|---|---|
| 1. The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br><br>Contra Costa County Superior Court-Pittsburg<br>45 Civic Avenue, Pittsburg, CA 94565 | **CASE NUMBER**<br>*(Número del caso):* **P.S 08 - 0515** |

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
ROBERT J. JACKSON (SBN 53809)                                    Telephone No. (949) 854-2244
SCOTT J. JACKSON (SBN 219157)
Jackson & Associates, Inc., 4199 Campus Drive, Suite 700, Irvine, CA 92612

3. *(Must be answered in all cases)* An unlawful detainer assistant (Bus. & Prof. Code, §§ 6400-6415) [X] did **not** [ ] did for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)*

| | | | |
|---|---|---|---|
| Date:<br>*(Fecha)* | MAR 1 7 2008 | Clerk, by _____ OLSEN _____<br>*(Secretario)* | , Deputy<br>*(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

4. **NOTICE TO THE PERSON SERVED:** You are served
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as an occupant
   d. [X] on behalf of *(specify):* ANY & ALL UNKNOWN OCCUPANTS
      under: [ ] CCP 416.10 (corporation)    [ ] CCP 416.60 (minor)
           [ ] CCP 416.20 (defunct corporation)  [ ] CCP 416.70 (conservatee)
           [ ] CCP 416.40 (association or partnership)  [ ] CCP 416.90 (authorized person)
           [ ] CCP 415.46 (occupant)    [ ] other *(specify):*
5. [ ] by personal delivery on *(date):*

Page 1 of 2

**SUM-130**

| PLAINTIFF *(Name):* Consumer Solutions | CASE NUMBER: |
|---|---|
| DEFENDANT *(Name):* BABATUNDE M. WHITE; et al. | |

6. **Unlawful detainer assistant** *(complete if plaintiff has received any help or advice for pay from an unlawful detainer assistant):*

   a. Assistant's name:

   b. Telephone no.:

   c. Street address, city, and ZIP:

   d. County of registration:

   e. Registration no.:

   f. Registration expires on *(date):*

**NOTICE:** EVERYONE WHO LIVES IN THIS RENTAL UNIT MAY BE EVICTED BY COURT ORDER. READ THIS FORM IF YOU LIVE HERE AND IF YOUR NAME IS NOT ON THE ATTACHED SUMMONS AND COMPLAINT.
1. If you live here an you do not complete and submit this form within 10 days of the date of service shown on this form, you will be evicted without further hearing by the court along with the persons named in the Summons and Complaint.
2. If you file this form, your claim will be determined in the eviction action against the persons named in the Complaint.
3. If you do not file this form, you will be evicted without further hearing.

| CLAIMANT OR CLAIMANT'S ATTORNEY *(Name and Address)*:     TELEPHONE NO.: | *FOR COURT USE ONLY* |
|---|---|
| ATTORNEY FOR *(Name)*: | |

**NAME OF COURT:** Contra Costa County Superior Court-Pittsburg

STREET ADDRESS:
MAILING ADDRESS: 45 Civic Avenue
CITY AND ZIP CODE: Pittsburg, CA 94565
BRANCH NAME: Pittsburg

PLAINTIFF: CONSUMER SOLUTIONS REO, LLC

DEFENDANT: BABATUNDE M. WHITE; et al.

| **PREJUDGMENT CLAIM OF RIGHT TO POSSESSION** | CASE NUMBER:<br>**PS 08 - 0515** |
|---|---|
| Complete this form only if ALL of these statements are true:<br>1. You are NOT named in the accompanying Summons and Complaint.<br>2. You occupied the premises on or before the date the unlawful detainer eviction) Complaint was filed<br>3. You still occupy the premises. | *(To be completed by the process server)*<br>DATE OF SERVICE:<br><br>*(Date that this form is served or delivered, and posted, and mailed by the officer of process server)* |

I DECLARE THE FOLLOWING UNDER PENALTY OF PERJURY:
1. My name is *(specify)*:

2. I reside at *(street address, unit No., city and ZIP code)*:

3. The address of "the premises" subject to this claim is *(address)*:

4. On *(insert date)*: _____ , the landlord or the landlord's authorized agent filed a complaint to recover possession of the premises. *(This date is the court filing date on the accompanying Summons and Complaint.*

5. I occupied the premises on the date the complaint was filed *(the date in item  4)*. I have continued to occupy the premises ever since.

6. I was at least 18 years of age on the date the complaint was filed *(the date in item 4)*.

7. I claim a right to possession of the premises because I occupied the premises on the date the complaint was filed *(the date in item 4)*.

8. I was not named in the Summons and Complaint.

9. I understand that if I make the claim of right to possession, I will be added as a defendant to the unlawful detainer (eviction) action.

10. *(Filing fee)* I understand that I must go to the court and pay a filing fee of $ _____ or file with the court the form "Application for Waiver of Court Fees and Costs." I understand that if I don't pay the filing fee or file with the court the form for waiver of court fees within 10 days from the date of service on this form (excluding court holidays), I will not be entitled to make a claim of right to possession.

(Continued on reverse)

| CP10 5 [New January 1, 1991]<br>PTCA323 | **PREJUDGMENT CLAIM OF RIGHT<br>TO POSSESSION** | Code of Civil Procedure § 415 46,<br>715.010, 715.020, 1174.25 |
|---|---|---|

| PLAINTIFF *(Name):* Consumer Solutions | CASE NUMBER: |
|---|---|
| DEFENDANT *(Name):* BABATUNDE M. WHITE; et al. | |

---

**NOTICE: If you fail to file this claim, you will be evicted without further hearing.**

11. *(Response required within five days after you file this form)* I understand that I will have *five days* (excluding court holidays) to file a response to the Summons and Complaint after I file this Prejudgment Claim of Right to Possession form.

12. **Rental agreement.** I have *(check all that apply to you)*:
   a. ☐ an oral rental agreement with the landlord.
   b. ☐ a written rental agreement with the landlord.
   c. ☐ an oral rental agreement with a person other than the landlord.
   d. ☐ a written rental agreement with a person other than the landlord.
   e. ☐ other *(explain)*:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

WARNING: Perjury is a felony punishable by imprisonment in the state prison.

Date:

▶

_____                    _____
(TYPE OR PRINT NAME)                                    (SIGNATURE OF CLAIMANT)

NOTICE: If you file this claim of right to possession, the unlawful detainer (eviction) action against you will be determined at trial. At trial, you may be found liable for rent, costs, and, in some cases, treble damages

## – NOTICE TO OCCUPANTS –

**YOU MUST ACT AT ONCE if all the following are true:**
   1. **You are NOT named in the accompanying Summons and Complaint.**
   2. **You occupied the premises on or before the date the unlawful detainer (eviction) complaint was filed.** *(The date is the court filing date on the accompanying Summons and Complaint.)*
   3. **You still occupy the premises.**

*(Where to file this form)*     You can complete and SUBMIT THIS CLAIM FORM WITHIN 10 DAYS from the date of service (on the reverse of this form) at the court where the unlawful detainer (eviction) complaint was filed.

*(What will happen if you do not file this form)*     If you do not complete and submit this form and pay a filing fee or file the form for proceeding in forma pauperis if you cannot pay the fee), YOU WILL BE EVICTED.

After this form is properly filed, you will be added as a defendant in the unlawful detainer (eviction) action and your right to Occupy the premises will be decided by the court. *If you do not file this claim, you will be evicted without a hearing.*

1   ROBERT J. JACKSON
    Attorney Bar No. 53809
2   SCOTT J. JACKSON
    Attorney Bar No. 219157
3   Jackson & Associates, Inc.
    4199 Campus Drive, Suite 700
4   Irvine, California 92612
    (949) 854-2244
5
    Attorney for Plaintiff
6

7
                    SUPERIOR COURT OF THE STATE OF CALIFORNIA
8
              CONTRA COSTA COUNTY – PITTSBURG JUDICIAL DISTRICT
9

10                                          CASE NO.:    **PS 08 - 0515**

11  CONSUMER SOLUTIONS REO, LLC
                                            **COMPLAINT IN UNLAWFUL DETAINER**
12      Plaintiff,
                                            LIMITED CIVIL JURISDICTION
13
        vs.                                 POST-FORECLOSURE EVICTION
14
    BABATUNDE M. WHITE;                      AMOUNT DEMANDED DOES NOT
15  and DOES 1 through 100, inclusive        EXCEED $10,000

16                                          Property Address:
        Defendant.
17                                          2068 SCHELL MOUNTAIN WAY
                                            ANTIOCH, CA 94531
18

19

20  Plaintiff CONSUMER SOLUTIONS REO, LLC ("Consumer Solutions") alleges as follows:

21  1.  Consumer Solutions is now and at all times relevant was a corporation duly qualified to do

22      business in California.

23  2.  The names and capacities of the Defendants sued herein as DOES 1 through 100, inclusive, are

24      unknown to Plaintiff at this time. These defendants will be served pursuant to *Code of Civ. Proc.*

25      § 415.46.

26  3.  The property of which Plaintiff seeks possession is located at 2068 SCHELL MOUNTAIN WAY,

27      ANTIOCH, CA 94531 (the "Premises"). Said Premises is located within this Superior Court

28      Judicial District.

4. Possession of the Premises is sought pursuant to *Code of Civ. Proc.* § 1161a. Plaintiff obtained title to the Premises and right to possession thereof by its purchase at a foreclosure sale validly held in compliance with *Civil Code* § 2924, the particulars of which are as follows:

    A. BABATUNDE M. WHITE executed as Trustor(s) a Deed of Trust, with power of sale, recorded on or about 12/15/2006 in the Official Records of Contra Costa County as Instrument Number 2006-0399754-00, which Deed of Trust encumbered the Premises.

    B. Pursuant to the foreclosure and sale of the Premises, under the power of sale contained in the Deed of Trust and in compliance with *Civil Code* § 2924, the Trustee of said Deed of Trust sold and conveyed title to the Premises to Consumer Solutions, pursuant to a Trustee's Deed Upon Sale recorded on or about 02/20/2008 in the Official Records of Contra Costa County as Instrument Number 2008-0035470-00.

5. Title is and has been perfected in Consumer Solutions on 02/20/2008.

6. Plaintiff is informed, believes, and thereon alleges that Defendants BABATUNDE M. WHITE and DOES 1 through 50 were in possession of the Premises at the time of sale, and that said Defendants and DOES 51 through 100 remained in possession after the sale.

7. On or about 03/06/2008, Plaintiff caused to be served on Defendants BABATUNDE M. WHITE and DOES 1 through 100 a written Notice to Vacate Property pursuant to *Code of Civ. Proc.* § 1162, a copy of which Notice is attached hereto as Exhibit 'A' and incorporated herein by reference.

8. The Notice expired at midnight on 03/10/2008, and since 3/11/2008 Plaintiff is and has been entitled to immediate possession of the Premises.

9. Defendants and each of them failed and refused to surrender possession within or since the notice period, and continue in possession of the Premises without Plaintiff's consent. Unnamed Defendants shall be served pursuant to *Code of Civ. Proc.* § 415.46.

10. Plaintiff is informed, believes, and thereon alleges that the reasonable rental value of the Premises is $22.00 per day, and that damages to the Plaintiff proximately caused by Defendants' unlawful detention of the Premises have accrued at that rate since 3/11/2008 and will continue to accrue at that rate so long as Defendants remain in possession of the Premises.

WHEREFORE, Plaintiff requests judgment as follows:

1.  For possession of the Premises;

2.  For damages for the unlawful detention of the Premises at the rate of $22.00 per day from 3/11/2008 until the entry of judgment;

3.  For costs of suit; and

4.  For such other and further relief as the Court deems appropriate.

Date: March 12, 2008

Jackson & Associates, Inc.

By:

ROBERT J. JACKSON
Attorney for Plaintiff

EXHIBIT "A"

# NOTICE TO VACATE PROPERTY

TO:    BABATUNDE M. WHITE &
All occupants residing at
2068 SCHELL MOUNTAIN WAY
ANTIOCH, CA 94531

NOTICE IS HEREBY GIVEN THAT CONSUMER SOLUTIONS REO, LLC
("Consumer Solutions"), or its predecessor in interest, purchased the property located at 2068
SCHELL MOUNTAIN WAY, ANTIOCH, CA 94531 (the "Premises") at a foreclosure sale held
in accordance with Civil Code § 2924 and pursuant to the power of sale contained in a Deed of
Trust recorded on 12/15/2006 as Instrument Number 2006-0399754-00 in the Official Records of
Contra Costa County, and that title to the Premises is duly perfected in Consumer Solutions.

NOTICE IS FURTHER GIVEN THAT:

1. Within **three (3) days** after service on you of this Notice, in the event you are the
Trustor(s) of the Deed of Trust described above, a successor in interest to said Trustor(s), or a
family member of said Trustor(s); **or,**

2. Within **thirty (30) days** after service on you of this Notice, in the event you are tenant
of the Trustor(s) of the Deed of Trust described above, or a tenant of a successor in interest to
said Trustor(s):

You are required to vacate and surrender possession of the Premises, or the portion in
which you reside, to Consumer Solutions through Cory Kapetanov, its agent, who can be reached
at 801-481-8191 from 9:00 a.m. to 5:00 p.m. on all business days.

If you fail to vacate and surrender possession within the applicable period as set forth
above, Consumer Solutions will commence eviction proceedings against you to recover
possession of the Premises and for damages caused by your unlawful detention of the Premises.

This Notice is given pursuant to the provisions of Code of Civil Procedure § 1161a. If
you have any questions about this Notice, please fax your inquiry to Jackson & Associates, Inc.,
attorney for Consumer Solutions, at (949) 892-1325.

Dated: March 6, 2008                    Jackson & Associates, Inc.

                                        By:

                                        ROBERT J. JACKSON
                                        Attorney for Consumer Solutions,
                                        its assignees and/or successors
                                        PTCA323

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>Jackson & Associates<br>4199 Campus Dr Ste 700 | | TELEPHONE NO.<br>(949) 854-2244 | FOR COURT USE ONLY |
|---|---|---|---|
| Irvine            CA            92612 | | | |
| ATTORNEY FOR (Name | | | |
| Insert of Court Name of Judicial District and Branch Court if any | | | |
| SHORT TITLE OF CASE | | | |

| | | | | Case Number: |
|---|---|---|---|---|
| 1331427 | (HEARING) Date | Time | Dept | REFERENCE NO<br>PTCA323 |

## PROOF OF SERVICE

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I SERVED THE:

3/30 DAY NOTICE TO VACATE PROPERTY

BY SERVING SAID NOTICE AS AUTHORIZED BY C.C.P. 1162(2,3)

TO THE TENANT:      Babatunde M. White

ON:      3/6/2008      TIME OF DELIVERY:  2:03:00 PM

BY POSTING A COPY OF SAID NOTICE IN A CONSPICUOUS PLACE ON THE PROPERTY THEREIN DESCRIBED, THERE BEING NO PERSON OF SUITABLE AGE OR DISCRETION TO BE FOUND AT ANY KNOWN PLACE OF RESIDENCE OR BUSINESS OF SAID TENANT; AND MAILING A COPY TO SAID TENANT BY DEPOSITING SAID COPIES IN THE UNITED STATES MAIL IN A SEALED ENVELOPE WITH POSTAGE FULLY PREPAID, ADDRESSED TO THE TENANT AT:

ADDRESS:  2068 Schell Mountain Way                    ON  3/6/2008
          Antioch            CA      94531

7a. Person Serving:      Paul Hammond      Norman

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

| d. The fee for service was | $120.00 |
|---|---|
| e. I am: | |
| (1)  not a registered California process server: | |
| (3) X  registered California process server: | |
| (I) Independant Contractor | |
| (i) Registration No: | 1135 |
| (i) County:  SANTA CLARA | |

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

3/10/2008

X _Paul Norman_

SIGNATURE

**PROOF OF SERVICE**

CRC 982(A)(23)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|---|
| Jackson & Associates<br>4199 Campus Dr Ste 700 | | (949) 854-2244 | |
| Irvine            CA            92612 | | | |

**ATTORNEY FOR (Name**

*Insert of Court Name of Judicial District and Branch Court if any*

**SHORT TITLE OF CASE**

| 1333061 | (HEARING) Date | Time | Dept | Case Number: |
|---|---|---|---|---|
| | | | | REFERENCE NO.<br>PTCA323 |

**PROOF OF SERVICE**

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I SERVED THE:

  3/30 DAY NOTICE TO VACATE PROPERTY

BY SERVING SAID NOTICE AS AUTHORIZED BY C.C.P. 1162(2,3)

TO THE TENANT:      all·occupants

ON:   3/6/2008     TIME OF DELIVERY:  2:03:00 PM

BY POSTING A COPY OF SAID NOTICE IN A CONSPICUOUS PLACE ON THE PROPERTY THEREIN DESCRIBED, THERE BEING NO PERSON OF SUITABLE AGE OR DISCRETION TO BE FOUND AT ANY KNOWN PLACE OF RESIDENCE OR BUSINESS OF SAID TENANT; AND MAILING A COPY TO SAID TENANT BY DEPOSITING SAID COPIES IN THE UNITED STATES MAIL IN A SEALED ENVELOPE WITH POSTAGE FULLY PREPAID, ADDRESSED TO THE TENANT AT:

ADDRESS:  2068 Schell Mountain Way               ON  3/6/2008
               Antioch            CA          94531

| | | | |
|---|---|---|---|
| 7a. Person Serving:    Paul Hammond    Norman | | d. The fee for service was              $0.00<br>e. i am: | |
| | | (1)      not a registered California process server: | |
| ·b. DDS Legal Support<br>2900 Bristol St<br>Costa Mesa, Ca 92626 | | (3) X    registered California process server:<br>   (i) Independent Contractor | |
| | | (i) Registration No:                              1135 | |
| c. (714) 662-5555 | | (i) County:   SANTA CLARA | |

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

3/10/2008

X _Paul V Norman_
                                                              SIGNATURE

Form Approved for Optional Use Judicial
Council of California
POS-010 [REV Jan 1 2007]

**PROOF OF SERVICE**

CRC 982(A)(23)

VERIFICATION

I, ROBERT J. JACKSON, declare:

1. I am an attorney duly licensed to practice before this court.

2. My office is located in Orange County, CA and Plaintiff is absent from said County.

3. I have read the foregoing Complaint and know the contents thereof. I am informed and believe the matters therein to be true and on that ground allege that the matters stated therein are true.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12 day of march , 20 08 at Irvine, California.

_____

ROBERT J. JACKSON

Unlawful Detainer Complaint Verification
PTCA323

- 1 -

**UD-105**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO: | FOR COURT USE ONLY |
|---|---|---|
| BABATUNDE M. WHITE<br>2068 SCHELL MOUNTAIN WAY ANITOCH, CA 94513 | 925-470-5757 | |

ATTORNEY FOR (Name):

NAME OF COURT: **CONTRA COSTA SUPERIOR COURT-PITTSBURG**
STREET ADDRESS: **45 CIVIC AVENUE**
MAILING ADDRESS: **45 CIVIC AVENUE**
CITY AND ZIP CODE: **PITTSBURG, CA 94565**
BRANCH NAME: **PITTSBURG**

PLAINTIFF: **CONSUMER SOLUTIONS REO, LLC**

DEFENDANT: **BABATUNDE M. WHITE**

| **ANSWER—Unlawful Detainer** | CASE NUMBER:<br>PS 08-0515 |
|---|---|

1. Defendant (names):
   **BABATUNDE M. WHITE**

   answers the complaint as follows:

2. **Check ONLY ONE of the next two boxes:**
   a. ☐ Defendant generally denies each statement of the complaint. (Do not check this box if the complaint demands more than $1,000.
   b. ☑ Defendant admits that all of the statements of the complaint are true EXCEPT
      (1) Defendant claims the following statements of the complaint are false (use paragraph numbers from the complaint or explain):
          DEFENDANT denies Paragraphs #1-12 Plaintiff is not the legal owner of said property at 2068 Schell Mountain Way in Antioch CA 94531
          ☑ Continued on Attachment 2b (1).
      (2) Defendant has no information or belief that the following statements of the complaint are true, so defendant denies them (use paragraph numbers from the complaint or explain):
          DEFENDANT DENIES PARAGRAPHS # 1-12

          ☐ Continued on Attachment 2b (2).

3. AFFIRMATIVE DEFENSES    (NOTE: For each box checked, you must state brief facts to support it in the space provided at the top of page two (item 3j)).
   a. ☐ (nonpayment of rent only) Plaintiff has breached the warranty to provide habitable premises.
   b. ☐ (nonpayment of rent only) Defendant made needed repairs and properly deducted the cost from the rent, and plaintiff did not give proper credit.
   c. ☐ (nonpayment of rent only) On (date):                    before the notice to pay or quit expired, defendant offered the rent due but plaintiff would not accept it.
   d. ☐ Plaintiff waived, changed, or canceled the notice to quit.
   e. ☐ Plaintiff served defendant with the notice to quit or filed the complaint to retaliate against defendant.
   f. ☐ By serving defendant with the notice to quit or filing the complaint, plaintiff is arbitrarily discriminating against the defendant in violation of the Constitution or laws of the United States or California.
   g. ☐ Plaintiff's demand for possession violates the local rent control or eviction control ordinance of (city or county, title of ordinance, and date of passage):

      (Also, briefly state the facts showing violation of the ordinance in item 3j.)
   h. ☐ Plaintiff accepted rent from defendant to cover a period of time after the date the notice to quit expired.
   i. ☑ Other affirmative defenses are stated in item 3j.

Form Approved by the Judicial<br>Council of California<br>UD-105 [Rev. January 1, 2007]

**ANSWER—Unlawful Detainer**

Civil Code, §1940 et seq.;<br>Code of Civil Procedure, § 425.12<br>www.courtinfo.ca.gov<br>American LegalNet, Inc.<br>www.FormsWorkflow.com

**UD-105**

| PLAINTIFF *(Name)*: CONSUMER SOLUTIONS REO, LLC | CASE NUMBER: |
|---|---|
| DEFENDANT *(Name)*: BABATUNDE M. WHITE | PS 08-0515 |

3. **AFFIRMATIVE DEFENSES (cont'd)**

   j. Facts supporting affirmative defenses checked above *(identify each item separately by its letter from page one)*:

   (I.) The plaintiff did unlawfully foreclose in violation of 12 USCA 3752, 12 USCA 3758, and 12 USCA with foreclosing proceeding.(I) The plaintiff did unlawfully foreclose on the real property owned by the defendant.(I.) The plaintiff did unlawfully proceed with eviction proceeding against the defendant.

   (1) ☐ All the facts are stated in Attachment 3j.    (2) ☐ Facts are continued in Attachment 3j.

4. **OTHER STATEMENTS**

   a. ☐ Defendant vacated the premises on *(date)*:

   b. ☐ The fair rental value of the premises alleged in the complaint is excessive *(explain)*:

   c. ☑ Other *(specify)*:

   The defendant will file a compliant for damages and supplemental of jurisdiction pursuant to 28 USCA 1367 in the United States District Court of the Northern District of California within ten da

5. **DEFENDANT REQUESTS**

   a. that plaintiff take nothing requested in the complaint.

   b. costs incurred in this proceeding.

   c. ☐ reasonable attorney fees.

   d. ☐ that plaintiff be ordered to (1) make repairs and correct the conditions that constitute a breach of the warranty to provide habitable premises and (2) reduce the monthly rent to a reasonable rental value until the conditions are corrected.

   e. ☐ Other *(specify)*:

6. ☑ Number of pages attached *(specify)*: 4

**UNLAWFUL DETAINER ASSISTANT (Business and Professions Code sections 6400- 6415)**

7. *(Must be completed in all cases)* An **unlawful detainer assistant** ☑ did not ☐ did for compensation give advice or assistance with this form. *(If defendant has received any help or advice for pay from an unlawful detainer assistant, state:*

   **a.** Assistant's name:                                **b.** Telephone No.:

   **c.** Street address, city, and ZIP:

   **d.** County of registration:          **e.** Registration No.:          **f.** Expires on (date):

Babatunde M. White
(TYPE OR PRINT NAME)

▶ *Babatunde m White*
(SIGNATURE OF DEFENDANT OR ATTORNEY)

(TYPE OR PRINT NAME)

▶
(SIGNATURE OF DEFENDANT OR ATTORNEY)

*(Each defendant for whom this answer is filed must be named in item 1 and must sign this answer unless his or her attorney signs.)*

**VERIFICATION**

*(Use a different verification form if the verification is by an attorney or for a corporation or partnership. )*

I am the defendant in this proceeding and have read this answer. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Date:

Babatunde M. White
(TYPE OR PRINT NAME)

▶ *Babatunde m White*
(SIGNATURE OF DEFENDANT)

POS-040

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Babatunde M. White<br>2068 Schell Mountain way Antioch, CA 94531<br><br>TELEPHONE NO.: 925-470-5757     FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: 45 Civic Avenue
MAILING ADDRESS: 45 Civic Avenue
CITY AND ZIP CODE: Pittsburg,  94565
BRANCH NAME: Pittsburg

PETITIONER/PLAINTIFF: CONSUMER SLOUTIONS REO, LLC

RESPONDENT/DEFENDANT: BABATUNDE M. WHITE

| | CASE NUMBER: |
|---|---|
| **PROOF OF SERVICE—CIVIL** | PS 08-0515 |

**Check method of service** *(only one):*

☐ **By Personal Service**   ☑ **By Mail**   ☐ **By Overnight Delivery**

☐ **By Messenger Service**   ☐ **By Facsimile**   ☐ **By E-Mail/Electronic Transmission**

JUDGE:

DEPT.:

*(Do not use this Proof of Service to show service of a Summons and Complaint.)*

1. At the time of service I was over 18 years of age and **not a party to this action.**

2. My address is *(specify one):*

   a. ☑  Business:                                          b. ☐   Residence:

   3700 delta Fair Blvd. Ste. # ᗷ
   Antioch, CA

3. On *(date):*                          I served the following **documents** *(specify):*

   04/10/08                          Answer to Unlawful Detainer

   ☐   The documents are listed in the *Attachment to Proof of Service–Civil (Documents Served)* (form POS-040(D)).

4. I served the documents on the **persons** below, as follows:

   a.  Name of person served: Jackson & Associates, Inc. Attorneys for Plaintiff
                               Robert J. Jackson Bar No. 53809
   b.  Address of person served: 4199 Campus Drive, Suite 700
                               Irvine, CA 92612

   c.  Fax number or e-mail address of person served, if service was by fax or e-mail:

   d.  Time of service, if personal service was used:

   ☐   The names, addresses, and other applicable information about the persons served is on the *Attachment to Proof of Service—Civil (Persons Served)* (form POS-040(P)).

5. The documents were served by the following means *(specify):*

   a. ☐   **By personal service.** I personally delivered the documents to the persons at the addresses listed in item 4.
       (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

| | | |
|---|---|---|
| Form Approved for Optional Use<br>Judicial Council of California<br>POS-040 [New January 1, 2005] | **PROOF OF SERVICE—CIVIL**<br>**(Proof of Service)** | Code of Civ. Proc., §§ 1011,<br>1013, 1013a, 2015.5<br>*www.courtinfo.ca.gov* |

American LegalNet, Inc.
www.USCourtForms.com

| CASE NAME CONSUMER SLOUTIONS REO, LLC | CASE NUMBER: |
| VS.        BABATUNDE M. WHITE | PS 08-0515 |

5 b. ☑ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and *(specify one):*

    (1) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

    (2) ☑ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

    I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at *(city and state):* Antioch, Ca

c. ☐ **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 4. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. ☐ **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 4 and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

e. ☐ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 4. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

f. ☐ **By e-mail or electronic transmission.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed in item 4. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_CARLETON C. BOULTER_ ▶ _(signature)_
(TYPE OR PRINT NAME OF DECLARANT)                  (SIGNATURE OF DECLARANT)

*(If item 5d above is checked, the declaration below must be completed or a separate declaration from a messenger must be attached.)*

## DECLARATION OF MESSENGER

☐ **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in item 4. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package, which was clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

I served the envelope or package, as stated above, on *(date):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

▶

_____       _____
(NAME OF DECLARANT)           (SIGNATURE OF DECLARANT)

**PROOF OF SERVICE—CIVIL**
**(Proof of Service)**

SUPERIOR COURT - PITTSBU
COUNTY OF CONTRA COSTA
PITTSBURG, CA 94565

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
NOTICE OF FILING AN UNLAWFUL DETAINER CASE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CONSUMER SOLUTIONS VS WHITE

CASE NO.: PS08-0515

TO:

BABATUNDE M. WHITE
2068 SCHELL MOUNTAIN WAY
ANTIOCH CA 94531

Pursuant to CCP 1161.2(c) this notice is to inform you that an
Unlawful Detainer action has been filed in the PITTSBURG SUPERIOR COURT
naming you as a defendant.
Access to the Court file will be delayed sixty (60) days, except to a
party, attorney of a party, or any other person THAT:
  1) Provides the clerk with the names of at least one Plaintiff and
     one Defendant in the action and provides the address including
     the apartment number of the subject premises.

OR

  2) Provides the clerk with the names of one of the parties in the
     action or the case number, and can establish through proper
     identification that (s)he lives at the subject premises.
Access to the Court index, register of actions or other court records
is not permitted until sixty (60) days AFTER the complaint is filed,
with the exception of an exparte order upon showing of good cause.

You may contact the following services for legal advice. The Contra
Costa Bar Association Lawyer Referral Service at 925-825-5700 or
Legal Services at 800-551-5554.

SUPERIOR COURT OF CONTRA COSTA COUNTY

I declare under penalty of perjury that I am not a party to the within
action or proceeding; that on the date below indicated I served a copy
of the foregoing NOTICE by depositing said copy enclosed in a sealed
envelope with postage thereon fully prepaid in the United States mail
at PITTSBURG, California as indicated above.

Dated: 03/17/08              By:

                                  L. OLSEN, Deputy Clerk

JS 44 (Rev. 12/07) (cand rev 1-16-08)     **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS

WHITE, BABATUNDE M.

**DEFENDANTS**

CONSUMER SOLUTIONS REO, LLC. EVERHOME MORTGAGE COMPANY, FINANCIAL TITLE COMPNAY, MERS INC.

**(b)** County of Residence of First Listed Plaintiff  CONTRA COSTA
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

JACKSON& Associates, Inc. Attorny for Consumer Sloutions Reo, LLC.
4199 Campus Drive, Ste.# 700
Irvine, CA 92612
Robert J. Jackson Bar No.(53809)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff

☒ 3  Federal Question
(U.S. Government Not a Party)

☐ 2  U.S. Government Defendant

☐ 4  Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)     and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury — | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | | | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | **LABOR** | **SOCIAL SECURITY** | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | Act | ☐ 862 Black Lung (923) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 740 Railway Labor Act | | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. | | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | Security Act | ☐ 870 Taxes (U.S. Plaintiff | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | or Defendant) | ☐ 900Appeal of Fee |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | **IMMIGRATION** | ☐ 871 IRS—Third Party | Determination |
| | Employment | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | 26 USC 7609 | Under Equal Access |
| | ☐ 446 Amer. w/Disabilities — | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus – | | to Justice |
| | Other | | Alien Detainee | | ☐ 950 Constitutionality of |
| | ☐ 440 Other Civil Rights | | ☐ 465 Other Immigration | | State Statutes |
| | | | Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☐ 1 Original Proceeding  ☒ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Judge from Magistrate Judgment

Appeal to District

Transferred from

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
1446(d)

Brief description of cause:
Removal from state Court

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE
"NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)

☒ SAN FRANCISCO/OAKLAND     ☐ SAN JOSE

DATE  4/10/08

SIGNATURE OF ATTORNEY OF RECORD
Babatunde White