Clear Form

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BABATUNDE M. WHITE

        Plaintiff,

vs.

CONSUMER SOLUTIONS REO, LLC

        Defendant.

CASE NO. C08-02308 JL

**APPLICATION TO PROCEED
IN FORMA PAUPERIS**
(Non-prisoner cases only)

I, Babatunde M. White, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?     Yes \_\_\_ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.
2  05/2007   Source was from National Realty Inc. for $2600.00 on a 1099 form
3  _____
4  _____

5  2.  Have you received, within the past twelve (12) months, any money from any of the
6  following sources:

7  a. Business, Profession or                    Yes ✓  No ___
8     self employment?

9  b. Income from stocks, bonds,                 Yes ___  No ✓
10    or royalties?

11 c. Rent payments?                             Yes ___  No ✓

12 d. Pensions, annuities, or                    Yes ___  No ✓
13    life insurance payments?

14 e. Federal or State welfare payments,         Yes ___  No ✓
15    Social Security or other govern-
16    ment source?

17 If the answer is "yes" to any of the above, describe each source of money and state the amount
18 received from each.
19 Source was from National Realty Inc. for $2600.00 on a 1099 form
20 _____

21 3.  Are you married?                          Yes ✓  No ___
22 Spouse's Full Name: Lakita Long-White
23 Spouse's Place of Employment: STE Consultants 1644 Cipriani Pl. Brentwood CA 94513
24 Spouse's Monthly Salary, Wages or Income:
25 Gross $ 2500.00                Net $ same
26 4.  a.  List amount you contribute to your spouse's support:$ 0
27     b.  List the persons other than your spouse who are dependent upon you for support
28         and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

1   children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

2   KS right now 0.00

3   CW= right now 0.00

4   5.   Do you own or are you buying a home?   Yes ✓   No ___

5   Estimated Market Value: $ 599,000   Amount of Mortgage: $ 7,855.00

6   6.   Do you own an automobile?   Yes ___   No ___

7   Make mercedes   Year 2001   Model s600

8   Is it financed? Yes ___ No ✓   If so, Total due: $ 0

9   Monthly Payment: $ 0

10  7.   Do you have a bank account? Yes ✓   No ___ (Do not include account numbers.)

11  Name(s) and address(es) of bank: B OF A Lone Tree Branch P.O. Box 37176 San Fransisco, CA

12  

13  Present balance(s): $ 0

14  Do you own any cash? Yes ___ No ✓   Amount: $

15  Do you have any other assets? (If "yes," provide a description of each asset and its estimated

16  market value.)   Yes ___ No ___

17  

18  8.   What are your monthly expenses?

19  Rent: $ over $5000.00   Utilities: 600.00

20  Food: $ 350.00   Clothing: 150.00

21  Charge Accounts:

22  Name of Account   Monthly Payment   Total Owed on This Account

23  _____   $ _____   $ _____

24  _____   $ _____   $ _____

25  _____   $ _____   $ _____

26  9.   Do you have any other debts? (List current obligations, indicating amounts and to whom

27  they are payable. Do not include account numbers.)

28  child care $650.00

- 3 -

1
2  10.    Does the complaint which you are seeking to file raise claims that have been presented in
3  other lawsuits?   Yes ✓   No ___
4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5  which they were filed.
6  Babatunde White vs Greenwich Investors C 08-02013 BZ
7  C 08-02016 EMC    Oakland   Division  Federal
8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9  false statement herein may result in the dismissal of my claims.
10
11  4/10/08                              Babatunde M White
12      DATE                         SIGNATURE OF APPLICANT
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28