IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CONSUMER SOLUTIONS REO, LLC,                    No. C 08-02308 SI

           Plaintiff,                    **ORDER OF REFERRAL**

   v.

BABATUNDE WHITE,

           Defendant.

_____/

      Pursuant to Civil Local Rule 3-12(c), the Court *sua sponte* refers this case to Judge Armstrong for a determination of whether this action is related to *White v. Greenwich Investors XXVI*, C 08-2013 SBA, and *Greenwich Investors XXVI v. White*, C 08-2016 SBA.

      **IT IS SO ORDERED.**

Dated: June 26, 2008

                                      SUSAN ILLSTON
                                      United States District Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BABATUNDE M. WHITE,

    Plaintiff,

v.

CONSUMER SOLUTIONS REO, LLC et al,

    Defendant.

_____/

Case Number: CV08-02308 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 27, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Babatunde White
1644 Cipriani Place
Brentwood, CA 94513

Dated: June 27, 2008

      Richard W. Wieking, Clerk
      By: Tracy Sutton, Deputy Clerk