1   JACKSON & ASSOCIATES, INC.
    Robert J. Jackson, Esq., SBN 53809
2   Scott J. Jackson, Esq., SBN 219157
3   4199 Campus Drive, Suite 700
    Irvine, CA 92612
4   Tel: (949) 854-2244/ Fax: (949) 892-1327
    rjackson@jandalegal.com
5
6   WRIGHT, FINLAY & ZAK, LLP
    Robin Prema Wright, Esq. SBN 150984
7   Darlene C. Vigil, Esq. SBN 223442
    4665 MacArthur Court, Suite 280
8   Newport Beach, CA 92660 (White/Pleadings/RJN)
9   Tel: (949) 477-5050/Fax: (949) 477-9200
    rwright@wrightlegal.net
10
    Attorneys for Plaintiff and Moving Party,
11  CONSUMER SOLUTIONS REO, LLC

12

13                  UNITED STATES DISTRICT COURT

14        NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

15
    CONSUMER SOLUTIONS REO, LLC,        ) Case No.: C 08-02308-SI
16                                      ) Hon. Susan Illston
                        Plaintiff,      )
17            v.                        ) NOTICE OF MOTION AND MOTION TO
18                                      ) REMAND CASE AND REQUEST FOR
    BABATUNDE M. WHITE;                 ) ATTORNEYS FEES AND COSTS;
19  and DOES 1 through 100, inclusive,  ) MEMORANDUM OF POINTS AND
                                        ) AUTHORITIES IN SUPPORT THEREOF;
20                  Defendants.         ) DECLARATION OF DARLENE VIGIL IN
21                                      ) SUPPORT OF MOTION
                                        )
22                                      ) *[Filed Concurrently With Request for Judicial*
23                                      ) *Notice]*
                                        )
24                                      ) DATE:       September 5, 2008
                                        ) TIME:       9:00 a.m.
25                                      ) COURTROOM: 10
                                        )
26                                      )
27                                      )

28

                              1

1    TO THE HONORABLE SUSAN ILLSTON, DEFENDANT BABATUNDE M. WHITE,

2    IN PRO PER, ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF

3    RECORD, IF ANY:

4    PLEASE TAKE NOTICE that on September 5, 2008, at 10:00 a.m., or as soon thereafter

5    as the matter may be heard in Courtroom 10 of the above-entitled court, located at 450 Golden

6    Gate Ave., San Francisco, CA 94102-3483, Plaintiff CONSUMER SOLUTIONS REO, LLC

7    ("Plaintiff") will move this Court for an order remanding this case to the Superior Court of the

8    State of California, County of Contra Costa – Pittsburg Judicial District, and for an award of

9    reasonable attorney's fees and costs in the amount of $1,837.50.

10    The motion is made on the grounds that there is no federal subject matter jurisdiction in

11    this action and substantial defects in Defendant BABATUNDE M. WHITE's ("White") removal

12    procedure. Plaintiff is entitled to an award of attorneys fees pursuant to 28 U.S.C. § 1447(c) as

13    this action was improperly removed to frustrate and otherwise seek to impede Plaintiff's ability

14    to recover possession of real property which it lawfully owns. Simply put, this is an unlawful

15    detainer action involving only the issue of possession of real property located in Contra Costa

16    County, which has been improperly removed to this Court by Defendant White.

17    This motion is based on this Notice of Motion and Motion, the Memorandum of Points

18    and Authorities and Declaration of Darlene Vigil attached hereto in support of the motion, the

19    Request for Judicial Notice filed concurrently herewith and the pleadings and papers on file in

20    this action.

21    WHEREFORE, Plaintiff moves, as follows:

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28

2

1          1.     For an order by this Court remanding this case to the Superior Court of the State

2   of California, County of Contra Costa – Pittsburg Judicial District, and for an award of

3   reasonable attorneys' fees and costs in the amount $1,837.50.

4                                    Respectfully submitted,

5   Dated: July 29, 2008                     Wright, Finlay and Zak, LLP

6                            By:    */s/ Robin Prema Wright*

7                                  Robin Prema Wright, Esq.
                                    Attorneys for Plaintiff

8                                  CONSUMER SOLUTIONS REO, LLC

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF MOTION AND MOTION TO REMAND CASE

1

### MEMORANDUM OF POINTS AND AUTHORITIES

2

I.    INTRODUCTION

3

Plaintiff seeks an order remanding this case back to the Superior Court of the State of

4

5

California for the County of Contra Costa – Pittsburg Judicial District, from where it was

6

improperly removed by Defendant Babatunde M. White ("White"), for lack of federal subject

7

matter jurisdiction and substantial defects in White's removal procedure, specifically, defects in

8

the form and content of White's removal notice.

9

The facts of this case are straight-forward. This is a residential unlawful detainer after a

10

11

non-judicial foreclosure sale. In or about December, 2006, Defendant Babatunde M. White

12

executed a deed of trust encumbering the real property commonly known as 2068 Schell

13

Mountain Way, Antioch, California 94531 ("Property").[1]  The deed of trust was recorded in the

14

Official Records of Contra Costa County, State of California on December 15, 2006, as

15

Instrument Number 2006-0399754-00 (the "Deed of Trust").[2]  On or February 20, 2008, the

16

17

trustee or successor trustee under the Deed of Trust, conducted a trustee's sale of the Property

18

("Sale") and the Property reverted to Plaintiff.[3]  The Sale was held in accordance with Section

19

2924 of the California Civil Code under a power of sale clause contained in the Deed of Trust.[4]

20

Plaintiff's title to the Property was duly perfected by recordation of the Trustee's Deed upon Sale

21

22

in the Official Records of Contra Costa County on February 20, 2008.[5]  Plaintiff is the lawful

23

owner of the Property.

24

25

26

[1] See, Complaint attached as Exhibit "1" to the Request for Judicial Notice ("RJN") filed concurrently herewith and incorporated herein by reference as though set forth in full, ¶ 4A.

27

[2] Id.
[3] Id., ¶ 4B.

28

[4] Id.
[5] Id. ¶ ¶ 4B-5.

4

1  On March 17, 2008, Plaintiff filed an Unlawful Detainer action against White and Does 1

2  through 100, in the Contra Costa County Superior Court – Pittsburg Judicial District, Case No.

3  PS 08-0515 (the "State Court Action").[6]  In the State Court Action, Plaintiff seeks to recover

4  possession of the Property and holdover damages at the rate of $22.00 per day commencing on

5  March 11, 2008.[7]  Essentially, Plaintiff's holdover damage request is less than $3,000. On April

6  11, 2008, White filed an Answer in the State Court Action.[8]  On May 5, 2008, White filed a

7  notice of removal in this Court.[9]  Concurrently with the filing of the notice of removal, White

8  filed an Application to Proceed in Forma Pauperis,[10] which was initially denied by this Court on

9  May 7, 2008 and again on May 14, 2008.[11]  On June 12, 2008, this case was reassigned to the

10  Honorable Susan Illston for all further proceedings.[12]

11  A review of White's removal paperwork reveals that it is totally defective in form and

12  content. A true and correct copy of White's Notice of Removal ("Notice") filed in this Court is

13  attached as Exhibit "3" to the Request for Judicial Notice filed concurrently herewith. Rather

14
15  than contain a short and plain statement of the grounds for removal, the Notice consists of

16  incoherent, confusing and conclusory statements, completely lacking any short and plain

17  statement of the grounds for removal. Instead, the Notice refers to alleged violations of the

18  Uniform Commercial Code ("UCC")[13] and the U.S. Bankruptcy Code.[14]  Based on White's

19
20

21  [6] See, RJN, Exhibit "1."

22  [7] Id., ¶¶ 3 10.
   [8] A true and correct copy of White's Answer filed in the State Court Action is attached as Exhibit "2" to the RJN

23  and incorporated herein by reference as though set forth in full.
   [9] A true and correct copy of White's Notice of Removal is attached as Exhibit "3" to the RJN and incorporated

24  herein by reference as though set forth in full.
   [10] A true and correct copy of White's Application to Proceed in Forma Pauperis is attached as Exhibit "4" to the

25  RJN and incorporated herein by reference as though set forth in full.
   [11] True and correct copies of the Orders denying White's Application to Proceed in Forma Pauperis are attached

26  collectively as Exhibit "5" to the RJN and incorporated herein by reference as though set forth in full.
   [12] A true and correct copy of the Reassignment Order dated June 12, 2008 is attached as Exhibit "7" to the RJN and

27  incorporated herein by reference as though set forth in full.
   [13] See, RJN, Exhibit "3," at Page 2, Line 25.

28  [14] See, RJN, Exhibit "3," at Page 3, Lines 6 and 12.

5

1  confusing and totally deficient paperwork, this Court should remand this case to the State Court

2  outright.

3      As set forth above, the instant action involves the issue of rightful possession of

4
5  residential property after a foreclosure sale. The face of the Complaint identifies one cause of

6  action for unlawful detainer.[15] The action presents no federal question and no basis for federal

7  jurisdiction. Since this action is more properly the subject of state court litigation, it is clear that

8  White's attempt to litigate in federal court is a farce, designed solely to harass the Plaintiff, and

9  cause it to incur further litigation costs.

10
11     Accordingly, this action is properly subject to a motion to remand and an award of

12  reasonable attorneys' fees and costs.

13  II.    THIS ACTION SHOULD BE REMANDED TO THE STATE COURT BECAUSE

14         THERE ARE NO GROUNDS FOR FEDERAL SUBJECT MATTER JURISDICTION.

15      As a general matter, federal courts have subject matter jurisdiction over civil actions

16
17  arising under the Constitution, laws, or treatises of the United States.[16] A defendant may remove

18  to federal court any action over which the federal court would have had original subject matter

19  jurisdiction.[17]

20      Federal question jurisdiction extends to those cases in which a well-pleaded complaint

21
22  establishes either that: (1) federal law creates the cause of action; or (2) the plaintiff's right to

23  relief necessarily depends on a resolution of a substantial question of federal law.[18] *The presence*

24  *or absence of federal question jurisdiction is governed by the well-pleaded complaint rule, which*

25  *provides that federal question jurisdiction exists only when a federal question is presented on the*

26

27  _____

28  [15] See, RJN, Exhibit "1."
    [16] *United States v. Alisal Water Corp.*, 431 F.3d 643, 650 (9th Cir. 2005).
    [17] 28 U.S.C. § 1441.

6

*face of the plaintiff's properly pleaded complaint.*[19]  The federal question must be disclosed upon the face of the complaint, unaided by the answer or by the petition for removal.[20]  The existence of a defense based on federal law, however, is insufficient to support jurisdiction, even if both parties agree that the federal defense is the only question truly at issue.[21]

In addition, the removal statute is strictly construed against removal jurisdiction, and the burden of establishing federal jurisdiction falls on the party invoking the statute.[22]  *The propriety of removal is determined solely on the basis of pleadings filed in state court, i.e. by looking "to the complaint at the time the removal petition was filed."*[23]

Remand may be ordered either for lack of subject matter jurisdiction or for "any defect in the removal procedure."[24]  According to the Notice of Removal filed in this case, White's removal to this Court is based upon White's allegations of alleged violations of the UCC and the U.S. Bankruptcy Code.[25]  Essentially, White has removed the State Court Action to this Court based upon his alleged defenses to the Complaint. However, it is well established that removability cannot be created by defendant pleading a counter-claim presenting a federal question [26]  In this case, the face of Plaintiff's Complaint contains no federal question, and removal cannot be based solely on allegations of alleged violations of the UCC or the United States Bankruptcy Code or another other alleged defenses raised by White.

Additionally, state law prohibits a defendant, such as White, from adding unrelated claims to an unlawful detainer action. "The summary character of [an unlawful detainer] action

---

[18] *Federal Tax Bd. v. Construction Laborers Vacation Trust,* 463 U.S. 1, 27-28, 103 S.Ct. 2841 (1983).
[19] *Wayne v. DHL Worldwide Express,* 294 F.3d 1179, 1183 (9th Cir. 2002)
[20] *Gully v. First Nat. Bank,* 299 U.S. 109, 113, 57 S.Ct. 96 (1936)
[21] *Wayne v. DHL Worldwide Express,* 294 F.3d 1179, 1183 (9th Cir. 2002)
[22] *Abrego Abrego v. Dow Chem. Co.,* 443 F.3d 676, 685 (9th Cir. 2006).
[23] *Libhart v. Santa Monica Dairy Co.,* 592 F.2d 1062, 1065 (9th Cir. 1979).
[24] 28 U.S.C. § 1447(c); *Buckner v. FDIC,* 981 F.2d 816, 820 (5th Cir. 1993)
[25] See, RJN, Exhibit "3," Page 2, Line 25 and Page 3, Lines 6 and 12.

7

1  would be defeated if, by cross-complaint or counterclaim, issues irrelevant to the right of

2  immediate possession could be introduced."[27] In addition, federal courts do not have jurisdiction

3  to adjudicate title or interests in real property unless the United States claims an interest.[28] In

4
5  this case, the United States is not a party to the action filed by Plaintiff, and it claims no interest

6  in the Property.

7       Since removal cannot be based on the reasons alleged by White, and since state law

8  prohibits his claims from being attached to the underlying eviction proceeding, Plaintiff's motion

9  to remand this case back to the state court should be granted.

10
11  III.    THIS ACTION SHOULD BE REMANDED TO THE STATE COURT DUE TO

12           DEFECTS IN DEFENDANT'S REMOVAL PROCEDURE.

13       The procedures for properly removing an action from State Court to Federal Court are set

14  forth in 28 U.S.C. § 1446. As set forth in the statute, a defendant must comply with these

15  procedures in order to invoke federal removal jurisdiction. Specifically, 28 U.S.C. 1446(a)

16
17  provides that a defendant must file with the district court a notice of removal, "containing a short

18  and plain statement of the grounds for removal." This White has failed to do. Rather than file a

19  short and plain statement as required, White filed a confusing, conclusory and completely

20  deficient pleading under the guise of a notice of removal. Based on this defect alone, this action

21  should be remanded to the State Court.
22
23  ///

24  ///

25  ///

26
27
28  [26] *Takeda v. Northwestern Nat. Life Ins. Co.*, 765 F.2d 815, 822 (9th Cir. 1985)
     [27] *Glendale Fed. Bank v. Hadden*, 73 Cal.App.4th 1150, 87 Cal.Rptr.2d 102, 104 (Cal.App.4.Dist. 1999)
     [28] 28 U.S.C. § 2409a; *Leisnoi, Inc. v. United States*, 170 F.3d 1188, 1992 (9th Cir. 1999)

8

IV.    PLAINTIFF IS ENTITLED TO RECOVER ITS ATTORNEY FEES AND COSTS

INCURRED AS A RESULT OF FILING THIS MOTION TO REMAND

On granting a motion for remand, the federal court may order the defendant to pay

plaintiff its "just costs and any actual expenses, including attorney fees, incurred as a result of the

removal."[29] The statutory purpose is to deter the possibility of abuse, unnecessary expense and

harassment if a defendant removes improperly.[30] In this case, there is no basis for federal

subject matter jurisdiction. Clearly established state and federal law unequivocally prohibit

removal under the circumstances of this case. Moreover, White's removal action has frustrated

the summary nature of the unlawful detainer action against him and has forced the prolonged

expenditure of resources in both state and federal court. Plaintiff respectfully submits that White

filed the removal to this Court for one purpose: cause unnecessary delay and otherwise seek to

impede Plaintiff's rights to recover possession of real property, which it lawfully owns. As such,

Plaintiff respectfully requests that it be allowed to recover its reasonable fees and costs incurred

in filing this motion for remand.

V.    CONCLUSION

Based on the foregoing, it is clear that White's removal of this action to the Federal Court

is improper. It is patently clear that this tactic was designed by White to harass Plaintiff and

cause Plaintiff unnecessary delay in recovering possession of its real property.

---

[29] 28 U.S.C. § 1447(c); *Morris v. Bridgestone/Firestone, Inc.*, 985 F.2d 238, 240. (6th Cir. 1993)
[30] *Circle Industries USA, Inc. v. Parke Const. Group, Inc.*, 183 F.3d 105, 109. (2nd Cir. 1999).

9

1    Accordingly, this motion to remand should be granted and Plaintiff allowed to recover its

2   reasonable attorney fees and costs incurred in filing this motion for remand in the amount of

3   $1,837.50.

4
                                        WRIGHT, FINLAY & ZAK, LLP
5

6   Dated: July 29, 2008                By:        _/s/ Robin Prema Wright_
                                                   Robin Prema Wright, Esq.
7                                                  Attorneys for Plaintiff CONSUMER
                                                   SOLUTIONS REO, LLC
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

10

## DECLARATION OF DARLENE VIGIL IN SUPPORT OF MOTION

I, Darlene C. Vigil, declare:

1.     I am an attorney at law, duly licensed to practice before all courts of the State of California, and am associated with the law firm of Wright, Finlay & Zak, LLP, attorneys of record for Plaintiff CONSUMER SOLUTIONS REO, LLC ("Plaintiff).

2.     I have personal knowledge of each of the facts set forth in this Declaration, and could testify to each fact set forth herein, if called and duly sworn by this Court.

3.     I make this Declaration in support of Plaintiff's Motion to Remand Case and Request for Attorney Fees and Costs (the "Motion").

4.     Our office spent 4.5 hours preparing this motion to remand at a billing rate of $175.00, for a total of $787.50. I also anticipate an additional six hours to prepare a reply to Defendant's opposition and to attend the hearing on the motion. Accordingly, an additional $1,050.00 will be incurred, for a total amount of fees of $1,837.50.

5.     Therefore, Plaintiff also respectfully requests that the Court award Plaintiff its reasonable attorneys fees in the sum of $1,837.50 plus costs incurred in filing the Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This Declaration is executed on this 29th day of July, 2008 at Newport Beach, California.

/s/ Darlene C. Vigil
Darlene C . Vigil, Declarant

11

## PROOF OF SERVICE

I, Gretchen Grant, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 280, Newport Beach, California 92660. I am readily familiar with the practices of Wright, Finlay & Zak, LLP, for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business.

On July 29, 2008, I served the within **NOTICE OF MOTION AND MOTION TO REMAND CASE AND REQUEST FOR ATTORNEYS FEES AND COSTS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; DECLARATION OF DARLENE VIGIL IN SUPPORT OF MOTION**, on all interested parties in this action as follows:

[X]    by placing [  ] the original [X] a true copy thereof enclosed in sealed envelope(s) addressed as follows:

Babatunde White
1644 Cipriani Place
Brentwood, CA 94513

[ X ]    (BY MAIL SERVICE) I placed such envelope(s) with postage thereon fully prepared, to be deposited in the U.S. Mail at Newport Beach, California, to the aforementioned addressee(s).

[  ]    (BY FACSIMILE) The facsimile machine I used, with telephone no. (949) 477-9200, complied with California Rules of Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission.

[  ]    (BY FEDERAL EXPRESS - NEXT DAY DELIVERY) I placed true and correct copies of thereof enclosed in a package designated by Federal Express with the delivery fees provided for.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on July 29, 2008, at Newport Beach, California.

Gretchen Grant

1

1   JACKSON & ASSOCIATES, INC.
    Robert J. Jackson, Esq., SBN 53809
2   Scott J. Jackson, Esq., SBN 219157
3   4199 Campus Drive, Suite 700
    Irvine, CA 92612
4   Tel: (949) 854-2244/ Fax: (949) 892-1327
    rjackson@jandalegal.com
5
6   WRIGHT, FINLAY & ZAK, LLP
    Robin Prema Wright, Esq. SBN 150984
7   Darlene C. Vigil, Esq. SBN 223442
    4665 MacArthur Court, Suite 280
8   Newport Beach, CA 92660 (White/Pleadings/RJN)
9   Tel: (949) 477-5050/Fax: (949) 477-9200
    rwright@wrightlegal.net
10
    Attorneys for Plaintiff and Moving Party,
11  CONSUMER SOLUTIONS REO, LLC

12

13                UNITED STATES DISTRICT COURT

14        NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

15
    CONSUMER SOLUTIONS REO, LLC,        ) Case No.: C 08-02308-SI
16                                      ) Hon. Susan Illston
                   Plaintiff,           )
17                                      )
            v.                          ) REQUEST FOR JUDICIAL NOTICE IN
18                                      ) SUPPORT OF PLAINTIFF CONSUMER
    BABATUNDE M. WHITE;                 ) SOLUTIONS REO, LLC'S MOTION TO
19  and DOES 1 through 100, inclusive,  ) REMAND CASE
                                        )
20                 Defendants.          ) DATE:      September 5, 2008
21                                      ) TIME:      9:00 a.m.
                                        ) COURTROOM: 10
22                                      )
                                        )
23                                      )
                                        )
24

25      TO THE HONORABLE SUSAN ILLSTON, DEFENDANT BABATUNDE M. WHITE,

26      IN PRO PER, ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF

27      RECORD, IF ANY:

28

                                    1

                REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF CONSUMER
                      SOLUTIONS REO, LLC'S MOTION TO REMAND CASE

1       Plaintiff CONSUMER SOLUTIONS REO, LLC ("Plaintiff") hereby requests that the

2 Court take judicial notice of the following:

3     1.     On March 17, 2008, Plaintiff filed a Complaint in Unlawful Detainer

4 ("Complaint") against Defendant Babatunde M. White ("White") in the Contra Costa County

5 Superior Court – Pittsburg Judicial District, Case Number PS 08-0515 (the "State Court

6 Action").[1]

7     2.     In the State Court Action, Plaintiff seeks to recover possession of the real property

8 located at 2068 Schell Mountain Way, Antioch, California 94531 (the "Property").[2]

9     3.     Plaintiff obtained title to the Property and right to possession thereof by its

10 purchase at a non-judicial foreclosure sale held in compliance with California Civil Code §

11 2924.[3]

12     4.     On April 11, 2008, White filed an Answer in the State Court Action.[4]

13     5.     On May 5, 2008, White filed a Notice of Removal in this Court.[5]

14     6.     On May 5, 2008, White filed an Application to Proceed in Forma Pauperis,[6]

15 which was initially denied by this Court on May 7, 2008 and again on May 14, 2008.[7]

16     7.     On June 11, 2008, this Court referred this case for reassignment.[8]

17 ///

18 ///

19 ///

20

21

22   [1] A true and correct copy of the Complaint in Unlawful Detainer filed by Plaintiff in the State Court is attached
hereto as Exhibit "1" and incorporated herein by reference as though set forth in full.
23   [2] See, Exhibit "1," ¶ 3.
  [3] See, Exhibit "1," ¶ 4.
24   [4] A true and correct copy of the Answer is attached hereto as Exhibit "2" and incorporated herein by reference as
though set forth in full.
25   [5] A true and correct copy of the Notice of Removal and Federal Stay is attached hereto a Exhibit "3" and
incorporated herein by reference as though set forth in full.
26   [6] A true and correct copy of White's Application to Proceed in Forma Pauperis is attached hereto as Exhibit "4" and
incorporated herein by reference as though set forth in full.
27   [7] True and correct copies of the Orders denying White's Application to Proceed in Forma Pauperis are attached
collectively hereto as Exhibit "5" and incorporated herein by reference as though set forth in full.
28   [8] A true and correct copy of the Referral With Recommendation filed on June 11, 2008 is attached hereto as Exhibit
"6" and incorporated herein by reference as though set forth in full.

2

1    8.    On June 12, 2008, this case was reassigned to the Honorable Susan Illston for all

2  further proceedings.[9]

3                                                    Respectfully submitted,

4  Dated: July 28, 2008                             Wright, Finlay and Zak, LLP

5

6                                      By:    /s/ Robin Prema Wright
                                             Robin Prema Wright, Esq.
7                                            Attorneys for Plaintiff
8                                            CONSUMER SOLUTIONS REO, LLC,

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
---
[9] A true and correct copy of the Reassignment Order dated June 12, 2008 is attached hereto as Exhibit "7" and incorporated herein by reference as though set forth in full.

3

1  ROBERT J. JACKSON
   Attorney Bar No. 53809
2  SCOTT J. JACKSON
   Attorney Bar No. 219157
3  Jackson & Associates, Inc.
   4199 Campus Drive, Suite 700
4  Irvine, California 92612
   (949) 854-2244
5
   Attorney for Plaintiff
6

7
                    SUPERIOR COURT OF THE STATE OF CALIFORNIA
8
               CONTRA COSTA COUNTY – PITTSBURG JUDICIAL DISTRICT
9

10                                                CASE NO.:    **PS 08 - 0 5 1 5**

11 CONSUMER SOLUTIONS REO, LLC                    **COMPLAINT IN UNLAWFUL DETAINER**

12         Plaintiff,                             LIMITED CIVIL JURISDICTION

13      vs.                                       POST-FORECLOSURE EVICTION

14
   BABATUNDE M. WHITE;                            AMOUNT DEMANDED DOES NOT
15 and DOES 1 through 100, inclusive              EXCEED $10,000

16         Defendant.                             Property Address:

17                                                2068 SCHELL MOUNTAIN WAY
                                                  ANTIOCH, CA 94531
18

19

20 Plaintiff CONSUMER SOLUTIONS REO, LLC ("Consumer Solutions") alleges as follows:

21 1. Consumer Solutions is now and at all times relevant was a corporation duly qualified to do

22    business in California.

23 2. The names and capacities of the Defendants sued herein as DOES 1 through 100, inclusive, are

24    unknown to Plaintiff at this time. These defendants will be served pursuant to *Code of Civ. Proc.*

25    § 415.46.

26 3. The property of which Plaintiff seeks possession is located at 2068 SCHELL MOUNTAIN WAY,

27    ANTIOCH, CA 94531 (the "Premises"). Said Premises is located within this Superior Court

28    Judicial District.

F I L E D

MAR 1 7 2007

K. TORRE CLERK OF THE COURT
SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF CONTRA COSTA, PITTSBURG
By ____
    Deputy Clerk

EXHIBIT

1   4. Possession of the Premises is sought pursuant to *Code of Civ. Proc.* § 1161a. Plaintiff obtained

2      title to the Premises and right to possession thereof by its purchase at a foreclosure sale validly

3      held in compliance with *Civil Code* § 2924, the particulars of which are as follows:

4          A. BABATUNDE M. WHITE executed as Trustor(s) a Deed of Trust, with power of sale,

5             recorded on or about 12/15/2006 in the Official Records of Contra Costa County as

6             Instrument Number 2006-0399754-00, which Deed of Trust encumbered the Premises.

7          B. Pursuant to the foreclosure and sale of the Premises, under the power of sale contained in

8             the Deed of Trust and in compliance with *Civil Code* § 2924, the Trustee of said Deed of

9             Trust sold and conveyed title to the Premises to Consumer Solutions, pursuant to a

10             Trustee's Deed Upon Sale recorded on or about 02/20/2008 in the Official Records of

11             Contra Costa County as Instrument Number 2008-0035470-00.

12   5. Title is and has been perfected in Consumer Solutions on 02/20/2008.

13   6. Plaintiff is informed, believes, and thereon alleges that Defendants BABATUNDE M. WHITE and

14      DOES 1 through 50 were in possession of the Premises at the time of sale, and that said

15      Defendants and DOES 51 through 100 remained in possession after the sale.

16   7. On or about 03/06/2008, Plaintiff caused to be served on Defendants BABATUNDE M. WHITE

17      and DOES 1 through 100 a written Notice to Vacate Property pursuant to *Code of Civ. Proc.* §

18      1162, a copy of which Notice is attached hereto as Exhibit 'A' and incorporated herein by

19      reference.

20   8. The Notice expired at midnight on 03/10/2008, and since 3/11/2008 Plaintiff is and has been

21      entitled to immediate possession of the Premises.

22   9. Defendants and each of them failed and refused to surrender possession within or since the notice

23      period, and continue in possession of the Premises without Plaintiff's consent. Unnamed

24      Defendants shall be served pursuant to *Code of Civ. Proc.* § 415.46.

25   10. Plaintiff is informed, believes, and thereon alleges that the reasonable rental value of the Premises

26      is $22.00 per day, and that damages to the Plaintiff proximately caused by Defendants' unlawful

27      detention of the Premises have accrued at that rate since 3/11/2008 and will continue to accrue at

28      that rate so long as Defendants remain in possession of the Premises.

1   WHEREFORE, Plaintiff requests judgment as follows:

2   1.  For possession of the Premises;

3   2.  For damages for the unlawful detention of the Premises at the rate of $22.00 per day from

4       3/11/2008 until the entry of judgment;

5   3.  For costs of suit; and

6   4.  For such other and further relief as the Court deems appropriate.

7

8   Date: March 12, 2008                              Jackson & Associates, Inc.

9                                                     By:

10

11                                                    ROBERT J. JACKSON
                                                      Attorney for Plaintiff
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Complaint in Unlawful Detainer                    -3-
PTCA323

EXHIBIT "A"

# NOTICE TO VACATE PROPERTY

TO:   BABATUNDE M. WHITE &
      All occupants residing at
      2068 SCHELL MOUNTAIN WAY
      ANTIOCH, CA 94531

NOTICE IS HEREBY GIVEN THAT CONSUMER SOLUTIONS REO, LLC ("Consumer Solutions"), or its predecessor in interest, purchased the property located at 2068 SCHELL MOUNTAIN WAY, ANTIOCH, CA 94531 (the "Premises") at a foreclosure sale held in accordance with Civil Code § 2924 and pursuant to the power of sale contained in a Deed of Trust recorded on 12/15/2006 as Instrument Number 2006-0399754-00 in the Official Records of Contra Costa County, and that title to the Premises is duly perfected in Consumer Solutions.

NOTICE IS FURTHER GIVEN THAT:

1. Within **three (3) days** after service on you of this Notice, in the event you are the Trustor(s) of the Deed of Trust described above, a successor in interest to said Trustor(s), or a family member of said Trustor(s); **or,**

2. Within **thirty (30) days** after service on you of this Notice, in the event you are tenant of the Trustor(s) of the Deed of Trust described above, or a tenant of a successor in interest to said Trustor(s):

You are required to vacate and surrender possession of the Premises, or the portion in which you reside, to Consumer Solutions through Cory Kapetanov, its agent, who can be reached at 801-481-8191 from 9:00 a.m. to 5:00 p.m. on all business days.

If you fail to vacate and surrender possession within the applicable period as set forth above, Consumer Solutions will commence eviction proceedings against you to recover possession of the Premises and for damages caused by your unlawful detention of the Premises.

This Notice is given pursuant to the provisions of Code of Civil Procedure § 1161a. If you have any questions about this Notice, please fax your inquiry to Jackson & Associates, Inc., attorney for Consumer Solutions, at (949) 892-1325.

Dated: March 6, 2008                        Jackson & Associates, Inc.

                                            By:

                                            ROBERT J. JACKSON
                                            Attorney for Consumer Solutions,
                                            its assignees and/or successors
                                            PTCA323

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | | | TELEPHONE NO. (949) 854-2244 | FOR COURT USE ONLY |
|---|---|---|---|---|
| Jackson & Associates 4199 Campus Dr Ste 700 | | | | |
| Irvine | CA | 92612 | | |
| ATTORNEY FOR (Name | | | | |
| Insert of Court Name of Judicel District and Branch Court if any. | | | | |
| SHORT TITLE OF CASE | | | | |

| | | | | Case Number: |
|---|---|---|---|---|
| 1331427 | (HEARING) Date | Time | Dept | REFERENCE NO. RTCA323 |

**PROOF OF SERVICE**

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS
ACTION, AND I SERVED THE:

   3/30 DAY NOTICE TO VACATE PROPERTY

BY SERVING SAID NOTICE AS AUTHORIZED BY C.C.P. 1162(2,3)

TO THE TENANT:      Babatunde M. White

                    ON:    3/6/2008      TIME OF DELIVERY:  2:03:00 PM

BY POSTING A COPY OF SAID NOTICE IN A CONSPICUOUS PLACE ON THE PROPERTY
THEREIN DESCRIBED, THERE BEING NO PERSON OF SUITABLE AGE OR DISCRETION TO
BE FOUND AT ANY KNOWN PLACE OF RESIDENCE OR BUSINESS OF SAID TENANT; AND
MAILING A COPY TO SAID TENANT BY DEPOSITING SAID COPIES IN THE UNITED STATES
MAIL IN A SEALED ENVELOPE WITH POSTAGE FULLY PREPAID, ADDRESSED TO THE
TENANT AT:

        ADDRESS:  2068 Schell Mountain Way               ON  3/6/2008
                  Antioch            CA        94531

| 7a. Person Serving: | Paul Hammond | Norman | d. The fee for service was | $120.00 |
|---|---|---|---|---|
| | | | e. I am: | |

                                        (1)     not a registered California process server:
. b. DDS Legal Support                  (3) X   registered California process server:
  2900 Bristol St                               (i) Independant Contractor
  Costa Mesa, Ca 92626                          (i) Registration No:              1135
c. (714) 662-5555                               (i) County:   SANTA CLARA

8. I declare under the penalty of perjury under the laws of the State of California that the
foregoing is true and correct.

3/10/2008
                                                              SIGNATURE
Form Approved for Optional Use Judicial
Council of California
POS-010 [REV Jan 1 2007]                **PROOF OF SERVICE**                    CRC 982(A)(23)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | | TELEPHONE NO. (949) 854-2244 | FOR COURT USE ONLY |
|---|---|---|---|
| Jackson & Associates 4199 Campus Dr Ste 700 | | | |
| Irvine           CA | 92612 | | |
| ATTORNEY FOR (Name | | | |

| Insert of Court Name of Judicial District and Branch Court if any | |
|---|---|
| SHORT TITLE OF CASE | |

| | | | | Case Number: |
|---|---|---|---|---|
| 1333061 | (HEARING) Date | Time | Dept | REFERENCE NO. PTCA323 |

**PROOF OF SERVICE**

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I SERVED THE:

3/30 DAY NOTICE TO VACATE PROPERTY

BY SERVING SAID NOTICE AS AUTHORIZED BY C.C.P. 1162(2,3)

TO THE TENANT:      all occupants

ON:      3/6/2008      TIME OF DELIVERY: 2:03:00 PM

BY POSTING A COPY OF SAID NOTICE IN A CONSPICUOUS PLACE ON THE PROPERTY THEREIN DESCRIBED, THERE BEING NO PERSON OF SUITABLE AGE OR DISCRETION TO BE FOUND AT ANY KNOWN PLACE OF RESIDENCE OR BUSINESS OF SAID TENANT; AND MAILING A COPY TO SAID TENANT BY DEPOSITING SAID COPIES IN THE UNITED STATES MAIL IN A SEALED ENVELOPE WITH POSTAGE FULLY PREPAID, ADDRESSED TO THE TENANT AT:

ADDRESS: 2088 Schell Mountain Way               ON  3/6/2008
         Antioch          CA          94531

| 7a. Person Serving:     Paul Hammond     Norman | d. The fee for service was                    $0.00 e. I am: |
|---|---|
| -b. DDB Legal Support 2900 Bristol St Costa Mesa, Ca 92626 | (1)      not a registered California process server: (3) X    registered California process server: (i) Independent Contractor (i) Registration No:                    1135 |
| c. (714) 662-5555 | (i) County:    SANTA CLARA |

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

3/10/2008

X _____
                                                      SIGNATURE

Form Approved for Optional Use Judicial Council of California
POS-010 [REV Jan 1 2007]                    **PROOF OF SERVICE**                    CRC 982(A)(23)

1

VERIFICATION

2  I, ROBERT J. JACKSON, declare:

3     1.  I am an attorney duly licensed to practice before this court.

4     2.  My office is located in Orange County, CA and Plaintiff is absent from said County.

5     3.  I have read the foregoing Complaint and know the contents thereof.  I am informed and believe

6  the matters therein to be true and on that ground allege that the matters stated therein are true.

7     I declare under penalty of perjury that the foregoing is true and correct.

8     Executed this 12 day of march , 20 08 at Irvine, California.

9

10

11                                                    ROBERT J. JACKSON

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UD-105**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO: | FOR COURT USE ONLY |
|---|---|---|
| BABATUNDE M. WHITE 2068 SCHELL MOUNTAIN WAY ANITOCH, CA 94513 | 925-470-5757 | |

ATTORNEY FOR (Name):

NAME OF COURT: **CONTRA COSTA SUPERIOR COURT-PITTSBURG**
STREET ADDRESS: **45 CIVIC AVENUE**
MAILING ADDRESS: **45 CIVIC AVENUE**
CITY AND ZIP CODE: **PITTSBURG, CA 94565**
BRANCH NAME: **PITTSBURG**

PLAINTIFF: **CONSUMER SOLUTIONS REO, LLC**

DEFENDANT: **BABATUNDE M. WHITE**

| | CASE NUMBER: |
|---|---|
| **ANSWER—Unlawful Detainer** | PS 08-0515 |

1. Defendant (names):
   **BABATUNDE M. WHITE**

   answers the complaint as follows:

2. **Check ONLY ONE of the next two boxes:**
   a. ☐ Defendant generally denies each statement of the complaint. *(Do not check this box if the complaint demands more than $1,000.*
   b. ☑ Defendant admits that all of the statements of the complaint are true EXCEPT
      (1) Defendant claims the following statements of the complaint are false *(use paragraph numbers from the complaint or explain):*
      DEFENDANT denies Paragraphs #1-12 Plaintiff is not the legal owner of said property at 2068 Schell Mountain Way in Antioch CA 94531
      ☑ Continued on Attachment 2b (1).
      (2) Defendant has no information or belief that the following statements of the complaint are true, so defendant denies them *(use paragraph numbers from the complaint or explain):*
      DEFENDANT DENIES PARAGRAPHS # 1-12

      ☐ Continued on Attachment 2b (2).

3. AFFIRMATIVE DEFENSES    *(NOTE: For each box checked, you must state brief facts to support it in the space provided at the top of page two (item 3j)).*
   a. ☐ *(nonpayment of rent only)* Plaintiff has breached the warranty to provide habitable premises.
   b. ☐ *(nonpayment of rent only)* Defendant made needed repairs and properly deducted the cost from the rent, and plaintiff did not give proper credit.
   c. ☐ *(nonpayment of rent only)* On *(date):* _____ before the notice to pay or quit expired, defendant offered the rent due but plaintiff would not accept it.
   d. ☐ Plaintiff waived, changed, or canceled the notice to quit.
   e. ☐ Plaintiff served defendant with the notice to quit or filed the complaint to retaliate against defendant.
   f. ☐ By serving defendant with the notice to quit or filing the complaint, plaintiff is arbitrarily discriminating against the defendant in violation of the Constitution or laws of the United States or California.
   g. ☐ Plaintiff's demand for possession violates the local rent control or eviction control ordinance of *(city or county, title of ordinance, and date of passage):*

      *(Also, briefly state the facts showing violation of the ordinance in item 3j.)*
   h. ☐ Plaintiff accepted rent from defendant to cover a period of time after the date the notice to quit expired.
   i. ☑ Other affirmative defenses are stated in item 3j.

Form Approved by the Judicial Council of California
UD-105 [Rev. January 1, 2007]

**ANSWER—Unlawful Detainer**

Page 1 of 2
Civil Code, §1940 et seq.;
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov
American LegalNet, Inc.
www.FormsWorkflow.com



EXHIBIT

**UD-105**

| PLAINTIFF (Name):  CONSUMER SOLUTIONS REO, LLC | CASE NUMBER: |
|---|---|
| DEFENDANT (Name):  BABATUNDE M. WHITE | PS 08-0515 |

3. **AFFIRMATIVE DEFENSES (cont'd)**
   j. Facts supporting affirmative defenses checked above *(identify each item separately by its letter from page one):*

   (L) The plaintiff did unlawfully foreclose in violation of 12 USCA 3752, 12 USCA 3758, and 12 USCA
   with foreclosing proceeding.(I) The plaintiff did unlawfully foreclose on the real property owned by the
   defendant.(I.) The plaintiff did unlawfully proceed with eviction proceeding against the defendant.

   (1) ☐ All the facts are stated in Attachment 3j.          (2) ☐ Facts are continued in Attachment 3j.
4. **OTHER STATEMENTS**
   a. ☐ Defendant vacated the premises on *(date):*
   b. ☐ The fair rental value of the premises alleged in the complaint is excessive *(explain):*

   c. ☑ Other *(specify):*
       The defendant will file a compliant for damages and supplemental of jurisdiction pursuant to 28
       USCA 1367 in the United States District Court of the Northern District of California within ten da

5. **DEFENDANT REQUESTS**
   a. that plaintiff take nothing requested in the complaint.
   b. costs incurred in this proceeding.
   c. ☐ reasonable attorney fees.
   d. ☐ that plaintiff be ordered to (1) make repairs and correct the conditions that constitute a breach of the warranty to provide
       habitable premises and (2) reduce the monthly rent to a reasonable rental value until the conditions are corrected.
   e. ☐ Other *(specify):*

6. ☑ Number of pages attached *(specify):*  4

**UNLAWFUL DETAINER ASSISTANT (Business and Professions Code sections 6400- 6415)**

7. *(Must be completed in all cases)* An unlawful detainer assistant ☑ did not ☐ did  for compensation give advice or
   assistance with this form. *(If defendant has received any help or advice for pay from an unlawful detainer assistant, state:*
   a. Assistant's name:                              b. Telephone No.:
   c. Street address, city, and ZIP:
   d. County of registration:                   e. Registration No.:            f. Expires on (date):

Babatunde M. White                              ▶ *Babatunde M White*
_____                    _____
(TYPE OR PRINT NAME)                                 (SIGNATURE OF DEFENDANT OR ATTORNEY)

                                               ▶
_____                    _____
(TYPE OR PRINT NAME)                                 (SIGNATURE OF DEFENDANT OR ATTORNEY)

*(Each defendant for whom this answer is filed must be named in item 1 and must sign this answer unless his or her attorney signs.)*

**VERIFICATION**
*(Use a different verification form if the verification is by an attorney or for a corporation or partnership. )*
I am the defendant in this proceeding and have read this answer. I declare under penalty of perjury under the laws of the State of
California that the foregoing is true and correct. Date:

Babatunde M. White                              ▶ *Babatunde M White*
_____                    _____
(TYPE OR PRINT NAME)                                 (SIGNATURE OF DEFENDANT)

POS-040

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Babatunde M. White<br>2068 Schell Mountain way Antioch, CA 94531<br><br>TELEPHONE NO.: 925-470-5757    FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: 45 Civic Avenue
MAILING ADDRESS: 45 Civic Avenue
CITY AND ZIP CODE: Pittsburg,  94565
BRANCH NAME: Pittsburg

PETITIONER/PLAINTIFF: CONSUMER SLOUTIONS REO, LLC

RESPONDENT/DEFENDANT: BABATUNDE M. WHITE

| | CASE NUMBER: |
|---|---|
| **PROOF OF SERVICE—CIVIL** | PS 08-0515 |
| **Check method of service (only one):** | JUDGE: |
| ☐ By Personal Service    ☑ By Mail    ☐ By Overnight Delivery | DEPT.: |
| ☐ By Messenger Service    ☐ By Facsimile    ☐ By E-Mail/Electronic Transmission | |

*(Do not use this Proof of Service to show service of a Summons and Complaint.)*

1. At the time of service I was over 18 years of age and not a party to this action.

2. My address is *(specify one):*

   a. ☑ Business:                                    b. ☐ Residence:

   3700 delta Fair Blvd. Ste. # B
   Antioch, CA

3. On *(date):*                      I served the following documents *(specify):*

   04/10/08                       Answer to Unlawful Detainer

   ☐ The documents are listed in the *Attachment to Proof of Service—Civil (Documents Served)* (form POS-040(D)).

4. I served the documents on the persons below, as follows:

   a. Name of person served: Jackson & Associates, Inc. Attorneys for Plaintiff
                           Robert J. Jackson Bar No. 53809
   b. Address of person served: 4199 Campus Drive, Suite 700
                           Irvine, CA 92612

   c. Fax number or e-mail address of person served, if service was by fax or e-mail:

   d. Time of service, if personal service was used:

   ☐ The names, addresses, and other applicable information about the persons served is on the *Attachment to Proof of Service—Civil (Persons Served)* (form POS-040(P)).

5. The documents were served by the following means *(specify):*

   a. ☐ **By personal service.** I personally delivered the documents to the persons at the addresses listed in item 4.
      (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

**PROOF OF SERVICE—CIVIL**
**(Proof of Service)**
Code of Civ. Proc., §§ 1011,
1013, 1013a, 2015.5
www.courtinfo.ca.gov

American LegalNet, Inc.
www.USCourtForms.com

| CASE NAME CONSUMER SLOUTIONS REO, LLC<br>VS.    BABATUNDE M. WHITE | CASE NUMBER:<br>PS 08-0515 |
|---|---|

5 b. [✓] **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and *(specify one):*

   (1) [ ] deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

   (2) [✓] placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at *(city and state):* Antioch, Ca

c. [ ] **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 4. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. [ ] **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 4 and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

e. [ ] **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 4. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

f. [ ] **By e-mail or electronic transmission.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed in item 4. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

CARLETON C. BOSWERTZ ► _____
  (TYPE OR PRINT NAME OF DECLARANT)          (SIGNATURE OF DECLARANT)

*(If item 5d above is checked, the declaration below must be completed or a separate declaration from a messenger must be attached.)*


**DECLARATION OF MESSENGER**

[ ] **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in item 4. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package, which was clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

I served the envelope or package, as stated above, on *(date):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____ ► _____
  (NAME OF DECLARANT)          (SIGNATURE OF DECLARANT)

POS-040 [New January 1, 2005]

**PROOF OF SERVICE—CIVIL**
**(Proof of Service)**

*BABATUNDE WHITE*
1  *PRO SE*
   *1644 CIPRIANI Pl.*
2  *925-470-5757(PH)*
   *925-237-2129(FAX)*     **E-filing**
3  *thecreative100@yahoo.com*

4

5                    UNITED STATES DISTRICT COURT

6               FOR THE NORTHERN DISTRICT OF CALIFORNIA

7                         OAKLAND DIVISION

8
                                    | FEDERAL CASE NO:
9  *BABATUNDE M. WHITE,*

10 *Petitioner-Defendant.*           C08-02308      JL

11                                                           ADR
                                    SUPPERIOR COURT OF CALIFORNIA
12       *vs.*                        CONTRA COSTA COUNTY
                                    PITTSBURG BRANCH
13 *CONSUMER SOLUTIONS REO, LLC. ET*  CASE NO. PS08-0515

14 *AL...*

15 *DOES 1-50, Inclusive*            *Jury Trial Demanded*

16 *Respondent-Plaintiff*

17

18

19              NOTICE OF REMOVAL and FEDERAL STAY

20            PURSUANT TO 28 USCA 1446(D) & 1452 with

21                SUPPLEMENTAL OF JURISDICTION

22

23

24 THE CLERK OF THE ABOVE-ENTITLED COURT:

25 PLEASE TAKE NOTICE that defendant hereby removes to this Court
   the state court action described below.

26

27 I. On 03/17/2008, an action was commenced in the Superior Court

28 of California Contra Costa County Pittsburg Branch, entitled


NOTICE OF REMOVAL & FEDERAL STAY - 1            EXHIBIT "3"

*CONSUMER SOLUTIONS REO, LLC.  Plaintiff, vs. Babatunde M. White, Defendant, Case Number- PS 08-0515.*

*II. Defendant was served with summons on April 10th, 2008, and received a copy of plaintiff's petition on April 10th, 2008. This Notice is timely.*

*III. A copy of all process, pleadings and orders served upon defendant in the state court action are attached hereto as Exhibit "A".*

*IV. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C.§1331, and is one which may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. §1441(b) in that it arises under (statute, constitutional provision, or other basis of federal question jurisdiction) .*

*You are hereby notified of the filing of a PETITION FOR REMOVAL in the United States District Court for the Northern District of California, Oakland Division pertaining to the above captioned case and number in the Superior Court of Contra Costa County in accordance with the provisions of 28 USCA 1446 Judiciary and Procedure as regards eviction proceedings occurring in violation of the Uniform Commercial Code, among others.  Pursuant to the provisions of Section 28 USCA 1446(d), the Superior Court of Contra Costa County, State of California, shall not proceed with any eviction of the Petitioner from the real property that is*

NOTICE OF REMOVAL & FEDERAL STAY - 2

1   *the subject matter of the jurisdictional governance of the*

2   *United States District Court. In said Petition the matter is*

3   *set forth on the following grounds, among others:*

5   *1. The Respondent (i.e., Plaintiff in State Court) did*

6   *unlawfully violate 11 USC 362 (c) with eviction proceedings.*

7   *2. The Respondent CONSUMER SOLUTIONS REO, LLC. is an Assignee or*

8   *Trustee in an unlawful foreclosure proceeding and eviction*

9   *proceedings with and against the Petitioner in violation of 12*

10

11   *U.S.C. 3765(1) (3), 12 U.S.C. 3758(3)(A), 12 U.S.C. 3758(1) and*

12   *Title 11 of the U.S. Bankruptcy Code.*

17

18                    *Jury Trial Demanded*

19   *WHEREFORE the Petitioner-Defendant demands the following relief:*

20   *1. That this honorable Court removes Plaintiff's action from the*

21   *State Court.*

22

23   *2. Afford and accommodate adequate discovery to be conducted in*

24   *the United States District Court, Northern District of*

25   *California, Oakland Division.*

26   *3. Grant all relief this court deems just and proper.*

27

28

NOTICE OF REMOVAL & FEDERAL STAY - 3

1                                    **VERIFICATION**

2                                      *(Affidavit)*

3

4   *The undersigned Affiant Babatunde M. White by appellation does*

5   *herewith swear declare and affirm that the Affiant executes this*

6   *Affidavit with sincere intent and competently states the matters*

7   *set forth. I the undersigned, being under penalty of perjury,*

8   *state that I do not have an attorney to represent me in this*

9   *case. In addition, that the contents herein are true, correct*

10  *and not misleading to the best of my knowledge.*

11

12

13

14

15

16  Dated this    11th day of April, 2008

17

18                                          By _Babatunde M. White_
                                              *Babatunde M. White,*
19                                             *in pro se*
                                               *1644 Cipriani Pl.,*
20                                             *Brentwood, CA, 94513*
                                               *925-470-5757 (PH)*
21                                             *925-237-2129 (FAX)*
                                               *thecreative100@yahoo.com*
22

23

24

25

26

27

28

NOTICE OF REMOVAL & FEDERAL STAY - 4

**SUM-130**

# SUMMONS
## (CITACIÓN JUDICIAL)
### UNLAWFUL DETAINER-EVICTION
### (RETENCIÓN ILÍCITA DE UN INMUEBLE-DESALOJO)

| | |
|---|---|
| **NOTICE TO DEFENDANT:** | FOR COURT USE ONLY |
| *(AVISO AL DEMANDADO):* BABATUNDE M. WHITE, and DOES 1 | *(SOLO PARA USO DE LA CORTE)* |
| through 100, inclusive | F I L E D |
| **YOU ARE BEING SUED BY PLAINTIFF:** | MAR 1 7 2007 |
| *(LO ESTÁ DEMANDANDO EL DEMANDANTE):* CONSUMER | K. TORRE, CLERK OF THE COURT |
| SOLUTIONS REO, LLC | SUPERIOR COURT OF THE STATE OF CALIFORNIA |
| | COUNTY OF CONTRA COSTA - PITTSBURG |
| | By_____ Deputy Clerk |

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| | CASE NUMBER: *(Número del caso):* P 08-0515 |
|---|---|

1. The name and address of the court is:
   *(El nombre y dirección de la corte es):*

   Contra Costa County Superior Court-Pittsburg
   45 Civic Avenue, Pittsburg, CA 94565

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
   *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*      Telephone No. (949) 854-2244

   ROBERT J. JACKSON (SBN 53809)
   SCOTT J. JACKSON (SBN 219157)
   Jackson & Associates, Inc., 4199 Campus Drive, Suite 700, Irvine, CA 92612

3. *(Must be answered in all cases)* An unlawful detainer assistant (Bus. & Prof. Code, §§ 6400-6415) [X] did not [ ] did for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)*

| Date: | | Clerk, by | OLSEN | | , Deputy |
|---|---|---|---|---|---|
| *(Fecha)* | MAR 1 7 2008 | *(Secretario)* | | | *(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

| [SEAL] | 4. | **NOTICE TO THE PERSON SERVED:** You are served |
|---|---|---|
| | | a. [ ]   as an individual defendant. |
| | | b. [ ]   as the person sued under the fictitious name of *(specify):* |
| | | c. [ ]   as an occupant |
| | | d. [X]   on behalf of *(specify):* ANY & ALL UNKNOWN OCCUPANTS |
| | |      under: [ ] CCP 416.10 (corporation)    [ ] CCP 416.60 (minor) |
| | |          [ ] CCP 416.20 (defunct corporation)    [ ] CCP 416.70 (conservatee) |
| | |          [ ] CCP 416.40 (association or partnership)    [ ] CCP 416.90 (authorized person) |
| | |          [X] CCP 415.46 (occupant)    [ ] other *(specify):* |
| | 5. | [ ] by personal delivery on *(date):*        Page 1 of 2 |

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. January 1, 2004]

**SUMMONS-UNLAWFUL DETAINER-EVICTION**

Code of Civil Procedure, §§ 412.20, 415.456, 1167
PTCA323

**SUM-130**

| PLAINTIFF *(Name):* Consumer Solutions | CASE NUMBER: |
|---|---|
| DEFENDANT *(Name):* BABATUNDE M. WHITE; et al. | |

8.  **Unlawful detainer assistant** *(complete if plaintiff has received any help or advice for pay from an unlawful detainer assistant):*

   a. Assistant's name:

   b. Telephone no.:

   c. Street address, city, and ZIP:


   d. County of registration:

   e. Registration no.:

   f. Registration expires on *(date):*

**SUMMONS-UNLAWFUL DETAINER-EVICTION**

**NOTICE:** EVERYONE WHO LIVES IN THIS RENTAL UNIT MAY BE EVICTED BY COURT ORDER. READ THIS FORM IF YOU LIVE HERE AND IF YOUR NAME IS NOT ON THE ATTACHED SUMMONS AND COMPLAINT.

1. If you live here an you do not complete and submit this form within 10 days of the date of service shown on this form, you will be evicted without further hearing by the court along with the persons named in the Summons and Complaint.
2. If you file this form, your claim will be determined in the eviction action against the persons named in the Complaint.
3. If you do not file this form, you will be evicted without further hearing.

| CLAIMANT OR CLAIMANT'S ATTORNEY *(Name and Address).* | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR *(Name)*: | | |

**NAME OF COURT:** Contra Costa County Superior Court-Pittsburg

STREET ADDRESS:
MAILING ADDRESS: 45 Civic Avenue
CITY AND ZIP CODE: Pittsburg, CA 94565
BRANCH NAME: Pittsburg

PLAINTIFF: CONSUMER SOLUTIONS REO, LLC

DEFENDANT: BABATUNDE M. WHITE; et al.

| PREJUDGMENT CLAIM OF RIGHT TO POSSESSION | CASE NUMBER:<br>PS 08 - 0515 |
|---|---|

| Complete this form only if ALL of these statements are true:<br>1. You are NOT named in the accompanying Summons and Complaint.<br>2. You occupied the premises on or before the date the unlawful detainer eviction) Complaint was filed<br>3. You still occupy the premises. | *(To be completed by the process server)*<br>DATE OF SERVICE:<br>*(Date that this form is served or delivered, and posted, and mailed by the officer or process server)* |
|---|---|

I DECLARE THE FOLLOWING UNDER PENALTY OF PERJURY:

1. My name is *(specify)*:

2. I reside at *(street address, unit No., city and ZIP code)*:

3. The address of "the premises" subject to this claim is *(address)*:

4. On *(insert date)*: [                    ], the landlord or the landlord's authorized agent filed a complaint to recover possession of the premises. *(This date is the court filing date on the accompanying Summons and Complaint.*

5. I occupied the premises on the date the complaint was filed *(the date in item 4)*. I have continued to occupy the premises ever since.

6. I was at least 18 years of age on the date the complaint was filed *(the date in item 4)*.

7. I claim a right to possession of the premises because I occupied the premises on the date the complaint was filed *(the date in item 4)*.

8. I was not named in the Summons and Complaint.

9. I understand that if I make the claim of right to possession, I will be added as a defendant to the unlawful detainer (eviction) action.

10. *(Filing fee)* I understand that I must go to the court and pay a filing fee of $         or file with the court the form "Application for Waiver of Court Fees and Costs." I understand that if I don't pay the filing fee or file with the court the form for waiver of court fees within 10 days from the date of service on this form (excluding court holidays), I will not be entitled to make a claim of right to possession.

*(Continued on reverse)*

| CP10.5 [New January 1, 1991]<br>PTCA323 | PREJUDGMENT CLAIM OF RIGHT<br>TO POSSESSION | Code of Civil Procedure § 415.46,<br>715.010, 715.020, 1174.25 |
|---|---|---|

| PLAINTIFF *(Name):* Consumer Solutions | CASE NUMBER: |
|---|---|
| DEFENDANT *(Name):* BABATUNDE M. WHITE; et al. | |

---

**NOTICE: If you fail to file this claim, you will be evicted without further hearing.**

11. *(Response required within five days after you file this form)* I understand that I will have *five days* (excluding court holidays) to file a response to the Summons and Complaint after I file this Prejudgment Claim of Right to Possession form.

12. **Rental agreement.** I have *(check all that apply to you):*
   a. ☐ an oral rental agreement with the landlord.
   b. ☐ a written rental agreement with the landlord.
   c. ☐ an oral rental agreement with a person other than the landlord.
   d. ☐ a written rental agreement with a person other than the landlord.
   e. ☐ other *(explain):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

---

**WARNING: Perjury is a felony punishable by imprisonment in the state prison.**

Date:

▶

_____                    _____
(TYPE OR PRINT NAME)                                         (SIGNATURE OF CLAIMANT)

---

**NOTICE: If you file this claim of right to possession, the unlawful detainer (eviction) action against you will be determined at trial. At trial, you may be found liable for rent, costs, and, in some cases, treble damages**

---

## – NOTICE TO OCCUPANTS –

**YOU MUST ACT AT ONCE if all the following are true:**
   **1. You are NOT named in the accompanying Summons and Complaint.**
   **2. You occupied the premises on or before the date the unlawful detainer (eviction) complaint was filed.** *(The date is the court filing date on the accompanying Summons and Complaint.)*
   **3. You still occupy the premises.**

*(Where to file this form)*    You can complete and SUBMIT THIS CLAIM FORM WITHIN 10 DAYS from the date of service (on the reverse of this form) at the court where the unlawful detainer (eviction) complaint was filed.

*(What will happen if you do not file this form)*    If you do not complete and submit this form and pay a filing fee or file the form for proceeding in forma pauperis if you cannot pay the fee), YOU WILL BE EVICTED.

After this form is properly filed, you will be added as a defendant in the unlawful detainer (eviction) action and your right to occupy the premises will be decided by the court. *If you do not file this claim, you will be evicted without a hearing.*

---

1  ROBERT J. JACKSON
   Attorney Bar No. 53809
2  SCOTT J. JACKSON
   Attorney Bar No. 219157
3  Jackson & Associates, Inc.
   4199 Campus Drive, Suite 700
4  Irvine, California 92612
   (949) 854-2244
5
   Attorney for Plaintiff
6

7
                    SUPERIOR COURT OF THE STATE OF CALIFORNIA
8
                  CONTRA COSTA COUNTY – PITTSBURG JUDICIAL DISTRICT
9

10
                                          )   CASE NO.:   PS 08 - 0515
11                                        )
   CONSUMER SOLUTIONS REO, LLC           )   COMPLAINT IN UNLAWFUL DETAINER
12                                        )
          Plaintiff,                      )   LIMITED CIVIL JURISDICTION
13                                        )
   vs,                                    )   POST-FORECLOSURE EVICTION
14                                        )
   BABATUNDE M. WHITE;                    )   AMOUNT DEMANDED DOES NOT
15 and DOES 1 through 100, inclusive      )   EXCEED $10,000
                                          )
16        Defendant.                      )   Property Address:
                                          )
17                                        )   2068 SCHELL MOUNTAIN WAY
                                          )   ANTIOCH, CA  94531
18                                        )

19

20 Plaintiff CONSUMER SOLUTIONS REO, LLC ("Consumer Solutions") alleges as follows:

21 1.  Consumer Solutions is now and at all times relevant was a corporation duly qualified to do

22     business in California.

23 2.  The names and capacities of the Defendants sued herein as DOES 1 through 100, inclusive, are

24     unknown to Plaintiff at this time.  These defendants will be served pursuant to *Code of Civ. Proc.*

25     § 415.46.

26 3.  The property of which Plaintiff seeks possession is located at 2068 SCHELL MOUNTAIN WAY,

27     ANTIOCH, CA 94531 (the "Premises").  Said Premises is located within this Superior Court

28     Judicial District.

---

Complaint in Unlawful Detainer                        -1-
PTCA323

4. Possession of the Premises is sought pursuant to *Code of Civ. Proc.* § 1161a. Plaintiff obtained title to the Premises and right to possession thereof by its purchase at a foreclosure sale validly held in compliance with *Civil Code* § 2924, the particulars of which are as follows:

    A. BABATUNDE M. WHITE executed as Trustor(s) a Deed of Trust, with power of sale, recorded on or about 12/15/2006 in the Official Records of Contra Costa County as Instrument Number 2006-0399754-00, which Deed of Trust encumbered the Premises.

    B. Pursuant to the foreclosure and sale of the Premises, under the power of sale contained in the Deed of Trust and in compliance with *Civil Code* § 2924, the Trustee of said Deed of Trust sold and conveyed title to the Premises to Consumer Solutions, pursuant to a Trustee's Deed Upon Sale recorded on or about 02/20/2008 in the Official Records of Contra Costa County as Instrument Number 2008-0035470-00.

5. Title is and has been perfected in Consumer Solutions on 02/20/2008.

6. Plaintiff is informed, believes, and thereon alleges that Defendants BABATUNDE M. WHITE and DOES 1 through 50 were in possession of the Premises at the time of sale, and that said Defendants and DOES 51 through 100 remained in possession after the sale.

7. On or about 03/06/2008, Plaintiff caused to be served on Defendants BABATUNDE M. WHITE and DOES 1 through 100 a written Notice to Vacate Property pursuant to *Code of Civ. Proc.* § 1162, a copy of which Notice is attached hereto as Exhibit 'A' and incorporated herein by reference.

8. The Notice expired at midnight on 03/10/2008, and since 3/11/2008 Plaintiff is and has been entitled to immediate possession of the Premises.

9. Defendants and each of them failed and refused to surrender possession within or since the notice period, and continue in possession of the Premises without Plaintiff's consent. Unnamed Defendants shall be served pursuant to *Code of Civ. Proc.* § 415.46.

10. Plaintiff is informed, believes, and thereon alleges that the reasonable rental value of the Premises is $22.00 per day, and that damages to the Plaintiff proximately caused by Defendants' unlawful detention of the Premises have accrued at that rate since 3/11/2008 and will continue to accrue at that rate so long as Defendants remain in possession of the Premises.

1    WHEREFORE, Plaintiff requests judgment as follows:

2    1.  For possession of the Premises;

3    2.  For damages for the unlawful detention of the Premises at the rate of $22.00 per day from

4        3/11/2008 until the entry of judgment;

5    3.  For costs of suit; and

6    4.  For such other and further relief as the Court deems appropriate.

7

8    Date: March 12, 2008                          Jackson & Associates, Inc.

9                                                  By:

10

11                                                 ROBERT J. JACKSON

12                                                 Attorney for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Complaint in Unlawful Detainer                    -3-
PTCA323

EXHIBIT "A"

# NOTICE TO VACATE PROPERTY

TO:    BABATUNDE M. WHITE &
       All occupants residing at
       2068 SCHELL MOUNTAIN WAY
       ANTIOCH, CA 94531

NOTICE IS HEREBY GIVEN THAT CONSUMER SOLUTIONS REO, LLC ("Consumer Solutions"), or its predecessor in interest, purchased the property located at 2068 SCHELL MOUNTAIN WAY, ANTIOCH, CA 94531 (the "Premises") at a foreclosure sale held in accordance with Civil Code § 2924 and pursuant to the power of sale contained in a Deed of Trust recorded on 12/15/2006 as Instrument Number 2006-0399754-00 in the Official Records of Contra Costa County, and that title to the Premises is duly perfected in Consumer Solutions.

NOTICE IS FURTHER GIVEN THAT:

1. Within **three (3) days** after service on you of this Notice, in the event you are the Trustor(s) of the Deed of Trust described above, a successor in interest to said Trustor(s), or a family member of said Trustor(s); **or,**

2. Within **thirty (30) days** after service on you of this Notice, in the event you are tenant of the Trustor(s) of the Deed of Trust described above, or a tenant of a successor in interest to said Trustor(s):

You are required to vacate and surrender possession of the Premises, or the portion in which you reside, to Consumer Solutions through Cory Kapetanov, its agent, who can be reached at 801-481-8191 from 9:00 a.m. to 5:00 p.m. on all business days.

If you fail to vacate and surrender possession within the applicable period as set forth above, Consumer Solutions will commence eviction proceedings against you to recover possession of the Premises and for damages caused by your unlawful detention of the Premises.

This Notice is given pursuant to the provisions of Code of Civil Procedure § 1161a. If you have any questions about this Notice, please fax your inquiry to Jackson & Associates, Inc., attorney for Consumer Solutions, at (949) 892-1325.

Dated: March 6, 2008                     Jackson & Associates, Inc.

                                         By:

                                         ROBERT J. JACKSON
                                         Attorney for Consumer Solutions,
                                         its assignees and/or successors
                                         PTCAJ23

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>Jackson & Associates<br>4199 Campus Dr Ste 700 | | TELEPHONE NO.<br>(949) 854-2244 | FOR COURT USE ONLY |
|---|---|---|---|
| Irvine          CA | 92612 | | |
| ATTORNEY FOR (Name | | | |
| Insert of Court Name of Judicial District and Branch Court if any | | | |
| SHORT TITLE OF CASE | | | |

| 1331427 | (HEARING) Date | Time | Dept | Case Number: |
|---|---|---|---|---|
| | | | | REFERENCE NO.<br>RTCA323 |

## PROOF OF SERVICE

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS
ACTION, AND I SERVED THE:

3/30 DAY NOTICE TO VACATE PROPERTY

BY SERVING SAID NOTICE AS AUTHORIZED BY C.C.P. 1162(2,3)

TO THE TENANT:      Babatunde M. White

ON:      3/6/2008      TIME OF DELIVERY:   2:03:00 PM

BY POSTING A COPY OF SAID NOTICE IN A CONSPICUOUS PLACE ON THE PROPERTY
THEREIN DESCRIBED, THERE BEING NO PERSON OF SUITABLE AGE OR DISCRETION TO
BE FOUND AT ANY KNOWN PLACE OF RESIDENCE OR BUSINESS OF SAID TENANT; AND
MAILING A COPY TO SAID TENANT BY DEPOSITING SAID COPIES IN THE UNITED STATES
MAIL IN A SEALED ENVELOPE WITH POSTAGE FULLY PREPAID, ADDRESSED TO THE
TENANT AT:

ADDRESS: 2068 Schall Mountain Way                    ON  3/6/2008
         Antioch              CA       94531

| 7a. Person Serving:      Paul Hammond      Norman | d. The fee for service was                 $120.00<br>e. I am: |
|---|---|
| | (1)      not a registered California process server:<br>(3) X      registered California process server:<br>(i) Independant Contractor<br>(i) Registration No:                                  1135<br>(i) County:    SANTA CLARA |

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

8. I declare under the penalty of perjury under the laws of the State of California that the
foregoing is true and correct.

3/10/2008

_Paul V Norman_

SIGNATURE

Form Approved for Optional Use Judicial
Council of California
POS-010 [REV Jan 1 2007]

**PROOF OF SERVICE**                                    CRC 982(A)(23)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>Jackson & Associates<br>4199 Campus Dr Ste 700 | | TELEPHONE NO.<br>(949) 854-2244 | FOR COURT USE ONLY |
|---|---|---|---|
| Irvine          CA          92612 | | | |
| ATTORNEY FOR (Name) | | | |
| Insert of Court Name of Judicial District and Branch Court if any | | | |
| SHORT TITLE OF CASE | | | |

| | | | | Case Number |
|---|---|---|---|---|
| 1333061 | (HEARING) Date | Time | Dept | |
| | | | | REFERENCE NO.<br>PTCA323 |

**PROOF OF SERVICE**

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS
ACTION, AND I SERVED THE:

    3/30 DAY NOTICE TO VACATE PROPERTY

BY SERVING SAID NOTICE AS AUTHORIZED BY C.C.P. 1162(2,3)

TO THE TENANT:        all occupants

            ON:    3/6/2008        TIME OF DELIVERY:  2:03:00 PM

BY POSTING A COPY OF SAID NOTICE IN A CONSPICUOUS PLACE ON THE PROPERTY
THEREIN DESCRIBED, THERE BEING NO PERSON OF SUITABLE AGE OR DISCRETION TO
BE FOUND AT ANY KNOWN PLACE OF RESIDENCE OR BUSINESS OF SAID TENANT; AND
MAILING A COPY TO SAID TENANT BY DEPOSITING SAID COPIES IN THE UNITED STATES
MAIL IN A SEALED ENVELOPE WITH POSTAGE FULLY PREPAID, ADDRESSED TO THE
TENANT AT:

    ADDRESS:  2068 Schell Mountain Way                    ON  3/6/2008
              Antioch              CA        94531

| 7a. Person Serving:    Paul Hammond    Norman | d. The fee for service was    $0.00<br>e. I am: |
|---|---|
| b. DDS Legal Support<br>2900 Bristol St<br>Costa Mesa, Ca 92626 | (1)      not a registered California process server:<br>(3) X    registered California process server:<br>(i) Independant Contractor |
| c. (714) 662-5555 | (i) Registration No:                              1135<br>(i) County:    SANTA CLARA |

8. I declare under the penalty of perjury under the laws of the State of California that the
foregoing is true and correct.

3/10/2008

X _Paul V Norman_

SIGNATURE

Form Approved for Optional Use Judicial
Council of California
POS-010 (REV Jan 1 2007)              **PROOF OF SERVICE**              CRC 982(A)(23)

1 | VERIFICATION

2 | I, ROBERT J. JACKSON, declare:

3 |   1. I am an attorney duly licensed to practice before this court.

4 |   2. My office is located in Orange County, CA and Plaintiff is absent from said County.

5 |   3. I have read the foregoing Complaint and know the contents thereof. I am informed and believe

6 | the matters therein to be true and on that ground allege that the matters stated therein are true.

7 |   I declare under penalty of perjury that the foregoing is true and correct.

8 |   Executed this 12 day of march, 20 08 at Irvine, California.

10 | ROBERT J. JACKSON

Unlawful Detainer Complaint Verification — 1 —
PTCA323

**UD-105**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | TELEPHONE NO: | FOR COURT USE ONLY |
|---|---|---|
| BABATUNDE M. WHITE<br>2068 SCHELL MOUNTAIN WAY ANITOCH, CA 94513 | 925-470-5757 | |

ATTORNEY FOR *(Name)*:

| | |
|---|---|
| NAME OF COURT: | CONTRA COSTA SUPERIOR COURT-PITTSBURG |
| STREET ADDRESS: | 45 CIVIC AVENUE |
| MAILING ADDRESS: | 45 CIVIC AVENUE |
| CITY AND ZIP CODE: | PITTSBURG, CA 94565 |
| BRANCH NAME: | PITTSBURG |

PLAINTIFF: CONSUMER SOLUTIONS REO, LLC

DEFENDANT: BABATUNDE M. WHITE

| ANSWER—Unlawful Detainer | CASE NUMBER:<br>PS 08-0515 |
|---|---|

1. Defendant *(names)*:
   BABATUNDE M. WHITE

   answers the complaint as follows:

2. **Check ONLY ONE of the next two boxes:**
   a. ☐ Defendant generally denies each statement of the complaint. *(Do not check this box if the complaint demands more than $1,000.)*
   b. ☑ Defendant admits that all of the statements of the complaint are true EXCEPT
      (1) Defendant claims the following statements of the complaint are false *(use paragraph numbers from the complaint or explain)*:
         DEFENDANT denies Paragraphs #1-12 Plaintiff is not the legal owner of said property at 2068 Schell Mountain Way in Antioch CA 94531
         ☑ Continued on Attachment 2b (1).
      (2) Defendant has no information or belief that the following statements of the complaint are true, so defendant denies them *(use paragraph numbers from the complaint or explain)*:
         DEFENDANT DENIES PARAGRAPHS # 1-12

         ☐ Continued on Attachment 2b (2).

3. **AFFIRMATIVE DEFENSES** *(NOTE: For each box checked, you must state brief facts to support it in the space provided at the top of page two (item 3j).)*
   a. ☐ *(nonpayment of rent only)* Plaintiff has breached the warranty to provide habitable premises.
   b. ☐ *(nonpayment of rent only)* Defendant made needed repairs and properly deducted the cost from the rent, and plaintiff did not give proper credit.
   c. ☐ *(nonpayment of rent only)* On *(date)*:                   before the notice to pay or quit expired, defendant offered the rent due but plaintiff would not accept it.
   d. ☐ Plaintiff waived, changed, or canceled the notice to quit.
   e. ☐ Plaintiff served defendant with the notice to quit or filed the complaint to retaliate against defendant.
   f. ☐ By serving defendant with the notice to quit or filing the complaint, plaintiff is arbitrarily discriminating against the defendant in violation of the Constitution or laws of the United States or California.
   g. ☐ Plaintiff's demand for possession violates the local rent control or eviction control ordinance of *(city or county, title of ordinance, and date of passage)*:

      *(Also, briefly state the facts showing violation of the ordinance in item 3j.)*
   h. ☐ Plaintiff accepted rent from defendant to cover a period of time after the date the notice to quit expired.
   i. ☑ Other affirmative defenses are stated in item 3j.

**ANSWER—Unlawful Detainer**

Page 1 of 2
Civil Code, §1940 et seq.;
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov
American LegalNet, Inc.
www.FormsWorkflow.com

**UD-105**

| PLAINTIFF *(Name)*: CONSUMER SOLUTIONS REO, LLC | CASE NUMBER: |
|---|---|
| DEFENDANT *(Name)*: BABATUNDE M. WHITE | PS 08-0515 |

**3. AFFIRMATIVE DEFENSES (cont'd)**

j. Facts supporting affirmative defenses checked above *(identify each item separately by its letter from page one)*:

(I.) The plaintiff did unlawfully foreclose in violation of 12 USCA 3752, 12 USCA 3758, and 12 USCA with foreclosing proceeding.(I) The plaintiff did unlawfully foreclose on the real property owned by the defendant.(I.) The plaintiff did unlawfully proceed with eviction proceeding against the defendant.

(1) ☐ All the facts are stated in Attachment 3j.     (2) ☐ Facts are continued in Attachment 3j.

**4. OTHER STATEMENTS**

a. ☐ Defendant vacated the premises on *(date)*:

b. ☐ The fair rental value of the premises alleged in the complaint is excessive *(explain)*:

c. ☑ Other *(specify)*:

The defendant will file a compliant for damages and supplemental of jurisdiction pursuant to 28 USCA 1367 in the United States District Court of the Northern District of California within ten da

**5. DEFENDANT REQUESTS**

a. that plaintiff take nothing requested in the complaint.

b. costs incurred in this proceeding.

c. ☐ reasonable attorney fees.

d. ☐ that plaintiff be ordered to (1) make repairs and correct the conditions that constitute a breach of the warranty to provide habitable premises and (2) reduce the monthly rent to a reasonable rental value until the conditions are corrected.

e. ☐ Other *(specify)*:

**6.** ☑ Number of pages attached *(specify)*: 4

**UNLAWFUL DETAINER ASSISTANT (Business and Professions Code sections 6400-6415)**

**7.** *(Must be completed in all cases)* An unlawful detainer assistant ☑ did not ☐ did for compensation give advice or assistance with this form. *(If defendant has received any help or advice for pay from an unlawful detainer assistant, state:*

a. Assistant's name:     b. Telephone No.:

c. Street address, city, and ZIP:

d. County of registration:     e. Registration No.:     f. Expires on (date):

Babatunde M. White
*(TYPE OR PRINT NAME)*                                        ▶ *Babatunde M White*
                                                              *(SIGNATURE OF DEFENDANT OR ATTORNEY)*

                                                              ▶
*(TYPE OR PRINT NAME)*                                        *(SIGNATURE OF DEFENDANT OR ATTORNEY)*

*(Each defendant for whom this answer is filed must be named in item 1 and must sign this answer unless his or her attorney signs.)*

**VERIFICATION**

*(Use a different verification form if the verification is by an attorney or for a corporation or partnership. )*

I am the defendant in this proceeding and have read this answer. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Date:

Babatunde M. White
*(TYPE OR PRINT NAME)*                                        ▶ *Babatunde M White*
                                                              *(SIGNATURE OF DEFENDANT)*

POS-040

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Babatunde M. White<br>2068 Schell Mountain way Antioch, CA 94531<br><br>TELEPHONE NO.: 925-470-5757     FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: 45 Civic Avenue
MAILING ADDRESS: 45 Civic Avenue
CITY AND ZIP CODE: Pittsburg, 94565
BRANCH NAME: Pittsburg

PETITIONER/PLAINTIFF: CONSUMER SLOUTIONS REO, LLC

RESPONDENT/DEFENDANT: BABATUNDE M. WHITE

| PROOF OF SERVICE—CIVIL | CASE NUMBER:<br>PS 08-0515 |
|---|---|
| Check method of service (only one): | |
| ☐ By Personal Service  ☑ By Mail  ☐ By Overnight Delivery | JUDGE: |
| ☐ By Messenger Service  ☐ By Facsimile  ☐ By E-Mail/Electronic Transmission | DEPT.: |

(Do not use this Proof of Service to show service of a Summons and Complaint.)

1. At the time of service I was over 18 years of age and not a party to this action.

2. My address is (specify one):

   a. ☑ Business:               b. ☐ Residence:

   3700 delta Fair Blvd. Ste. # B
   Antioch, CA

3. On (date):         I served the following documents (specify):
   04/10/08         Answer to Unlawful Detainer

   ☐ The documents are listed in the Attachment to Proof of Service–Civil (Documents Served) (form POS-040(D)).

4. I served the documents on the persons below, as follows:

   a. Name of person served: Jackson & Associates, Inc. Attorneys for Plaintiff
                      Robert J. Jackson Bar No. 53809
   b. Address of person served: 4199 Campus Drive, Suite 700
                      Irvine, CA 92612

   c. Fax number or e-mail address of person served, if service was by fax or e-mail:

   d. Time of service, if personal service was used:

   ☐ The names, addresses, and other applicable information about the persons served is on the Attachment to Proof of Service—Civil (Persons Served) (form POS-040(P)).

5. The documents were served by the following means (specify):

   a. ☐ By personal service. I personally delivered the documents to the persons at the addresses listed in item 4.
       (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the
       documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an
       individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the
       party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in
       the evening.

**PROOF OF SERVICE—CIVIL**
**(Proof of Service)**

Code of Civ. Proc., §§ 1011,
1013, 1013a, 2015.5
www.courtinfo.ca.gov

American LegalNet, Inc.
www.USCourtForms.com

| CASE NAME CONSUMER SLOUTIONS REO, LLC | CASE NUMBER: |
|---|---|
| VS.    BABATUNDE M. WHITE | PS 08-0515 |

**5 b.** [✓] **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and *(specify one)*:

    (1) [ ]   deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

    (2) [✓]  placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

    I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at *(city and state):* Antioch, Ca

  **c.** [ ]  **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 4. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

  **d.** [ ]  **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 4 and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

  **e.** [ ]  **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 4. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

  **f.** [ ]  **By e-mail or electronic transmission.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed in item 4. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_CARLETON C. BOOKER_ ▶ _/mltn C. ___
(TYPE OR PRINT NAME OF DECLARANT)          (SIGNATURE OF DECLARANT)

*(If item 5d above is checked, the declaration below must be completed or a separate declaration from a messenger must be attached.)*

## DECLARATION OF MESSENGER

[ ] **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in item 4. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package, which was clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

I served the envelope or package, as stated above, on *(date):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

▶

_____       _____
(NAME OF DECLARANT)          (SIGNATURE OF DECLARANT)

SUPERIOR COURT - PITTSBURG
COUNTY OF CONTRA COSTA
PITTSBURG, CA 94565

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
NOTICE OF FILING AN UNLAWFUL DETAINER CASE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CONSUMER SOLUTIONS VS WHITE

CASE NO.: PS08-0515

TO:

BABATUNDE M. WHITE
2068 SCHELL MOUNTAIN WAY
ANTIOCH CA 94531

Pursuant to CCP 1161.2(c) this notice is to inform you that an
Unlawful Detainer action has been filed in the PITTSBURG SUPERIOR COURT
naming you as a defendant.
Access to the Court file will be delayed sixty (60) days, except to a
party, attorney of a party, or any other person THAT:
  1) Provides the clerk with the names of at least one Plaintiff and
     one Defendant in the action and provides the address including
     the apartment number of the subject premises.
OR
  2) Provides the clerk with the names of one of the parties in the
     action or the case number, and can establish through proper
     identification that (s)he lives at the subject premises.
Access to the Court index, register of actions or other court records
is not permitted until sixty (60) days AFTER the complaint is filed,
with the exception of an exparte order upon showing of good cause.

You may contact the following services for legal advice. The Contra
Costa Bar Association Lawyer Referral Service at 925-825-5700 or
Legal Services at 800-551-5554.

SUPERIOR COURT OF CONTRA COSTA COUNTY

I declare under penalty of perjury that I am not a party to the within
action or proceeding; that on the date below indicated I served a copy
of the foregoing NOTICE by depositing said copy enclosed in a sealed
envelope with postage thereon fully prepaid in the United States mail
at PITTSBURG, California as indicated above.

Dated: 03/17/08                 By:

                                    L. OLSEN, Deputy Clerk

JS 44 (Rev. 12/07) (cand rev 1-16-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS

WHITE, BABATUNDE M.

### DEFENDANTS

CONSUMER SOLUTIONS REO, LLC. EVERHOME MORTGAGE COMPANY, FINANCIAL TITLE COMPNAY, MERS INC.

**(b)** County of Residence of First Listed Plaintiff CONTRA COSTA
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

JACKSON& Associates, Inc. Attorny for Consumer Sloutions Reo, LLC.
4199 Campus Drive, Ste.# 700
Irvine, CA 92612
Robert J. Jackson Bar No.(53809)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☒ 3 Federal Question (U.S. Government Not a Party) |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity (Indicate Citizenship of Parties in Item III) |

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only) and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury — | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | | | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | **LABOR** | **SOCIAL SECURITY** | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | Act | ☐ 862 Black Lung (923) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 740 Railway Labor Act | | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. | ☐ 870 Taxes (U.S. Plaintiff | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | Security Act | or Defendant) | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party | ☐ 900 Appeal of Fee |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | **IMMIGRATION** | 26 USC 7609 | Determination |
| | Employment | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | Under Equal Access |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus – | | to Justice |
| | Other | | Alien Detainee | | ☐ 950 Constitutionality of |
| | ☐ 440 Other Civil Rights | | ☐ 465 Other Immigration | | State Statutes |
| | | | Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

| | | | | Transferred from | | Appeal to District |
|---|---|---|---|---|---|---|
| ☐ 1 Original Proceeding | ☒ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 another district (specify) | ☐ 6 Multidistrict Litigation | ☐ 7 Judge from Magistrate Judgment |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
1446(d)
Brief description of cause:
Removal from state Court

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE
"NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)

☒ SAN FRANCISCO/OAKLAND    ☐ SAN JOSE

DATE  4/10/08

SIGNATURE OF ATTORNEY OF RECORD
Babatunde White

Clear Form

2008 MAY -5  ⸝Ⅱ: 54

CLE..
⸝⸝..             COURT
⸝⸝..             CALIFORNIA

E-filing

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

J L

| | |
|---|---|
| BABATUNDE M. WHITE | ) **C08-02308** |
| | ) |
| | ) |
| Plaintiff, | ) CASE NO. _____ |
| | ) |
| vs. | ) **APPLICATION TO PROCEED** |
| | ) **IN FORMA PAUPERIS** |
| CONSUMER SOLUTIONS REO, LLC | ) (Non-prisoner cases only) |
| | ) |
| Defendant. | ) |
| | ) |

I, Babatunde M. White _____, declare, under penalty of perjury that I am the plaintiff

in the above entitled case and that the information I offer throughout this application is true and

correct. I offer this application in support of my request to proceed without being required to

prepay the full amount of fees, costs or give security. I state that because of my poverty I am

unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed?                      Yes ____ No _✓_

If your answer is "yes," state both your gross and net salary or wages per month, and give the

name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

EXHIBIT "4"

1    and wages per month which you received.

2    05/2007    Source was from National Realty Inc. for $2600.00 on a 1099 form

3

4

5    2.     Have you received, within the past twelve (12) months, any money from any of the

6    following sources:

7      a.     Business, Profession or              Yes __✓__ No ____

8          self employment?

9      b.     Income from stocks, bonds,          Yes ____ No __✓__

10         or royalties?

11      c.     Rent payments?                     Yes ____ No __✓__

12      d.     Pensions, annuities, or            Yes ____ No __✓__

13         life insurance payments?

14      e.     Federal or State welfare payments,     Yes ____ No __✓__

15         Social Security or other govern-

16         ment source?

17    If the answer is "yes" to any of the above, describe each source of money and state the amount

18    received from each.

19    Source was from National Realty Inc. for $2600.00 on a 1099 form

20

21    3.     Are you married?                      Yes __✓__ No ____

22    Spouse's Full Name: __Lakita Long- White__

23    Spouse's Place of Employment: __STE Consultants 1644 Cipriani Pl. Brentwood CA 94513__

24    Spouse's Monthly Salary, Wages or Income:

25    Gross $ __2500.00__            Net $ __same__

26    4.    a.     List amount you contribute to your spouse's support:$ __0__

27       b.     List the persons other than your spouse who are dependent upon you for support

28          and indicate how much you contribute toward their support. (NOTE: For minor

1   children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

2   KS right now 0.00
_____

3   CW= right now 0.00
_____

4   5.    Do you own or are you buying a home?    Yes _✓_ No ____

5   Estimated Market Value: $ 599,000 _____ Amount of Mortgage: $ 7,855.00 _____

6   6.    Do you own an automobile?    Yes ____ No ____

7   Make mercedes _____ Year 2001 _____ Model s600 _____

8   Is it financed? Yes ____ No _✓_ If so, Total due: $ 0 _____

9   Monthly Payment: $ 0 _____

10  7.    Do you have a bank account?  Yes _✓_ No ____ (Do not include account numbers.)

11  Name(s) and address(es) of bank: B OF A  Lone Tree Branch P.O. Box 37176 San Fransisco, CA

12  _____

13  Present balance(s):  $ 0 _____

14  Do you own any cash? Yes ____ No _✓_ Amount: $ _____

15  Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

16  market value.)    Yes ____ No ____

17  _____

18  8.    What are your monthly expenses?

19  Rent: $ over $5000.00 _____ Utilities: 600.00 _____

20  Food: $ 350.00 _____ Clothing: 150.00 _____

21  Charge Accounts:

22  | Name of Account | Monthly Payment | Total Owed on This Account |
    |---|---|---|
23  | _____ | $ _____ | $ _____ |
24  | _____ | $ _____ | $ _____ |
25  | _____ | $ _____ | $ _____ |

26  9.    Do you have any other debts?  (List current obligations, indicating amounts and to whom

27  they are payable.  Do not include account numbers.)

28  child care $650.00
_____

- 3 -

1

2    10.    Does the complaint which you are seeking to file raise claims that have been presented in

3    other lawsuits?    Yes ✓    No ___

4    Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

5    which they were filed.

6    Babatunde white vs Greenwich Investors C08-0201332

7    C08-02016 EMc    Oakland    Division    Federal

8    I declare under the penalty of perjury that the foregoing is true and correct and understand that a

9    false statement herein may result in the dismissal of my claims.

10

11    4/10/08                    Babatunde M White

12        DATE                    SIGNATURE OF APPLICANT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**FILED**

MAY 0 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BABATUNDE M. WHITE                        )
                                          )
                                          )
            Plaintiff(s),                 )        Case No. CV 08-02308 JL
            (Petitioner)                  )
                                          )
V.                                        )
                                          )        ORDER RE APPLICATION
CONSUMER SOLUTIONS REO, LLC               )        TO PROCEED
            Defendant(s),                 )        IN FORMA PAUPERIS
            (Respondent)                  )
                                          )
                                          )
_____          )
                                          )                              E-filing

( )    IT IS ORDERED that the application to proceed in forma pauperis is GRANTED
and that the Clerk issue summons.
IT IS FURTHER ORDERED that the U.S. Marshal for the Northern District of California serve,
without prepayment of fees, a copy of the complaint, any amendments, scheduling orders,
attachments, plaintiff's affidavit and this order upon the defendant.


       IT IS ORDERED that the application to proceed in forma pauperis is DENIED,
and that the filing fee of $350.00 be paid no later than                    . Failure to pay the filing fee
by that date will result in dismissal of the above-entitled action without prejudice. The plaintiff
is hereby apprised of his/her responsibility to serve the complaint and any amendments,
scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil Procedure. Plaintiff
has a continuing obligation to keep the Court informed of his or her current address. Failure to
do so may result in dismissal of this action.


( )    IT IS ORDERED that the application to proceed in forma pauperis is DENIED
and that plaintiff is further ordered to make partial payment of the filing fee in the amount of
$          by              . Failure to pay this amount will result in dismissal of the above-
entitled action without prejudice. The plaintiff is hereby apprised of his/her responsibility to
serve the complaint and any amendments, scheduling orders, attachments, pursuant to Rule 4,
Federal Rules of Civil Procedure. Plaintiff has a continuing obligation to keep the Court
informed of his or her current address. Failure to do so may result in dismissal of this action.

Dated:  5-0 0-08

UNITED STATES MAGISTRATE JUDGE

(Not to be used in HABEAS CORPUS cases)

NDC CSA-7

**EXHIBIT** 115

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

# FILED

MAY 1 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BABATUNDE M. WHITE

          Plaintiff(s),
          (Petitioner)

V.

CONSUMER SOLUTIONS REO, LLC
          Defendant(s),
          (Respondent)

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. CV 08-02308 JL

<u>AMENDED</u>
ORDER RE APPLICATION
TO PROCEED
IN FORMA PAUPERIS

       IT IS ORDERED that the application to proceed in forma pauperis is GRANTED and that the Clerk issue summons.

IT IS FURTHER ORDERED that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, plaintiff's affidavit and this order upon the defendant.

       IT IS ORDERED that the application to proceed in forma pauperis is DENIED, and that the filing fee of $350.00 be paid no later than _6 -/u-08_. Failure to pay the filing fee by that date will result in dismissal of the above-entitled action without prejudice. The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil Procedure. Plaintiff has a continuing obligation to keep the Court informed of his or her current address. Failure to do so may result in dismissal of this action.

    ( )   IT IS ORDERED that the application to proceed in forma pauperis is DENIED and that plaintiff is further ordered to make partial payment of the filing fee in the amount of $      by     . Failure to pay this amount will result in dismissal of the above-entitled action without prejudice. The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil Procedure. Plaintiff has a continuing obligation to keep the Court informed of his or her current address. Failure to do so may result in dismissal of this action.

Dated:  _5-14-08_

                         UNITED STATES MAGISTRATE JUDGE

(Not to be used in HABEAS CORPUS cases)

G:\JLALL\CHAMBERS\CASES\CIVIL\08-2308\Amended-IFP.wpd

1
2
3
4
5
6
7
8
9

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16

BABATUNDE M. WHITE,

        Plaintiff,

    v.

CONSUMER SOLUTIONS REO, LLC,
INC., et al.

        Defendants.

/

No. C 08-2308  JL

**REFERRAL WITH RECOMMENDATION**

United States District Court
For the Northern District of California

17
18
19
20
21
22
23
24
25
26
27
28

This Court on May 14, 2008 denied Plaintiff's application for leave to file *in forma pauperis* ("IFP"), without payment of the filing fee, as provided by 28 U.S.C. §1915. To proceed IFP, a plaintiff must show the financial inability to pay fees and a non-frivolous claim. The trial court has wide discretion in determining whether an applicant qualifies as indigent. *Weller v. Dickson*, 314 F.2d 598 (9th Cir. 1963). This Court found that Plaintiff Babatunde White was not indigent, and consequently ordered Plaintiff to pay the $350 filing fee by June 17, 2008. However, on reexamining its ruling, the Court realized that Plaintiff had not consented to its jurisdiction, as required by 28 U.S.C. §636(c) and the ruling in *Tripati v. Rison*, 847 F.2d 548 (9th Cir. 1988).

This Court therefore refers this case for reassignment with the recommendation that the application to file IFP be denied, because Plaintiff is not indigent, as required by the

C-08-2308 REFERRAL FOR REASSIGNMENT

 EXHIBIT *Page 1 of 2*

United States District Court
For the Northern District of California

1   statute and the case law. His wife has monthly income of $2,500 from employment. Plaintiff

2   is himself unemployed, but has demonstrated the ability to earn income from employment,

3   having earned $2600 from National Realty, Inc., in November 2007. Furthermore, Plaintiff

4   owns a home of an estimated market value of $599,000, and a 2001 Mercedes auto.

5   Plaintiff lists monthly expenses for a mortgage payment of $7,855, utilities of $600, food of

6   $350, clothing of $150 and child care of $650. These obviously exceed the monthly income

7   of his spouse. Nevertheless, Plaintiff has the ability to earn income and has a substantial

8   asset, his house, and therefore does not qualify as indigent for purposes of receiving the

9   privilege to file his lawsuit without payment of the filing fee. *In re Fromal*, 151 B.R. 733

10  (E.D.Va.1993)(Applicant had substantial real estate holdings and ability to obtain gainful

11  employment as certified public accountant, but no liquid assets. IFP application was

12  denied.)

13      When a plaintiff has the ability to obtain gainful employment and substantial assets,

14  the Court may consider those and deny an IFP application. Therefore, this Court finds that

15  Plaintiff does not satisfy the requirement of indigence in order to file IFP. In the absence of

16  Plaintiff's consent to jurisdiction, this Court refers the case for reassignment to a district

17  court judge, with the recommendation that the IFP application be denied.

18      IT IS SO ORDERED.

19  DATED: June 11,  2008

21                                          James Larson
                                        Chief Magistrate Judge

**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

### June 12, 2008

## CASE NUMBER:  CV 08-02308 JL
## CASE TITLE:  BABATUNDE M. WHITE-v-CONSUMER SOLUTIONS REO, LLC

### REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Susan Illston** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **SI** immediately after

the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 6/12/08

FOR THE EXECUTIVE COMMITTEE:

Richard W. Wieking
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies
Log Book Noted

Special Projects
Entered in Computer 6/12/08ha

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel

Transferor CSA

EXHIBIT "7"

1

## PROOF OF SERVICE

2

I, Gretchen Grant, declare as follows:

3

I am employed in the County of Orange, State of California. I am over the age of
4 eighteen (18) and not a party to the within action. My business address is 4665 MacArthur
5 Court, Suite 280, Newport Beach, California 92660. I am readily familiar with the practices of
Wright, Finlay & Zak, LLP, for collection and processing of correspondence for mailing with
6 the United States Postal Service. Such correspondence is deposited with the United States
Postal Service the same day in the ordinary course of business.
7

8        On July 29, 2008, I served the within **REQUEST FOR JUDICIAL NOTICE IN
SUPPORT OF PLAINTIFF CONSUMER SOLUTIONS REO, LLC'S MOTION TO
9 REMAND CASE**, on all interested parties in this action as follows:

10       [X]     by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope(s)
11 addressed as follows:

12       Babatunde White
1644 Cipriani Place
13       Brentwood, CA 94513

14
[ X ]   (BY MAIL SERVICE) I placed such envelope(s) with postage thereon fully prepared, to
15       be deposited in the U.S. Mail at Newport Beach, California, to the aforementioned
16       addressee(s).

17 [  ]   (BY FACSIMILE) The facsimile machine I used, with telephone no. (949) 477-9200,
complied with California Rules of Court, Rule 2003, and no error was reported by the
18       machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to
19       print a transmission record of the transmission.

20 [  ]   (BY FEDERAL EXPRESS - NEXT DAY DELIVERY) I placed true and correct copies
of thereof enclosed in a package designated by Federal Express with the delivery fees
21       provided for.

22
I declare under penalty of perjury under the laws of the State of California and the
23 United States of America that the foregoing is true and correct.

24
Executed on July 29, 2008, at Newport Beach, California.

25

26

27
Gretchen Grant

28

1
PROOF OF SERVICE

1   JACKSON & ASSOCIATES, INC.
    Robert J. Jackson, Esq., SBN 53809
2   Scott J. Jackson, Esq., SBN 219157
3   4199 Campus Drive, Suite 700
    Irvine, CA 92612
4   Tel: (949) 854-2244/ Fax: (949) 892-1327
    rjackson@jandalegal.com
5
6   WRIGHT, FINLAY & ZAK, LLP
    Robin Prema Wright, Esq. SBN 150984
7   Darlene C. Vigil, Esq. SBN 223442
    4665 MacArthur Court, Suite 280
8   Newport Beach, CA 92660 (White/Pleadings/RJN)
9   Tel: (949) 477-5050/Fax: (949) 477-9200
    rwright@wrightlegal.net
10
    Attorneys for Plaintiff and Moving Party,
11  CONSUMER SOLUTIONS REO, LLC

12

13              UNITED STATES DISTRICT COURT

14      NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

15
    CONSUMER SOLUTIONS REO, LLC,       ) Case No.: C 08-02308-SI
16                                     ) Hon. Susan Illston
                                       )
17            Plaintiff,               )
        v.                             ) [Proposed]
18                                     ) ORDER GRANTING CONSUMER
    BABATUNDE M. WHITE;                ) SOLUTIONS REO, LLC'S MOTION TO
19  and DOES 1 through 100, inclusive, ) REMAND CASE  AND REQUEST FOR
                                       ) ATTORNEY FEES
20            Defendants.              )
                                       )
21                                     )
                                       ) DATE:       September 5, 2008
22                                     ) TIME:       9:00 a.m.
                                       ) COURTROOM: 10
23                                     )
                                       )
24                                     )
                                       )
25

26      On September 5, 2008, Plaintiff and Movant Consumer Solutions REO, LLCs

27  ("Plaintiff") Motion to Remand Case and Request for Attorneys Fees and Costs came before the

28

                                  1

1  Honorable Susan Illston, United States District Court Judge, in Courtroom 10.

2      After considering the moving papers and supporting paperwork including the Declaration

3  of Darlene C. Vigil and Plaintiff's Motion, the Court enters the following order:

4      IT IS ORDERED that:

5

6      1.      Plaintiff's Motion is Granted.

7      2.      This action is ordered remanded to the Contra Costa County Superior Court,

8  Pittsburg Judicial District, Complaint No. PS 08-0515.

9      3.      Plaintiff's Request for Attorneys' Fees is granted.  Plaintiff is awarded its

10

11  attorneys fees in the amount of $1,837.50.

12  Dated: _____              _____
                                                HONORABLE SUSAN ILLSTON
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1

## PROOF OF SERVICE

2

I, Gretchen Grant, declare as follows:

3

4 I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 280, Newport Beach, California 92660. I am readily familiar with the practices of Wright, Finlay & Zak, LLP, for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business.

5

6

7

8 On July 29, 2008, I served the within **[Proposed] ORDER GRANTING CONSUMER SOLUTIONS REO, LLC'S MOTION TO REMAND CASE AND REQUEST FOR ATTORNEYS FEES AND COSTS** on all interested parties in this action as follows:

9

10 [X]    by placing [  ] the original [X] a true copy thereof enclosed in sealed envelope(s) addressed as follows:

11

12 Babatunde White
1644 Cipriani Place
Brentwood, CA 94513

13

14

[ X ]    (BY MAIL SERVICE) I placed such envelope(s) with postage thereon fully prepared, to be deposited in the U.S. Mail at Newport Beach, California, to the aforementioned addressee(s).

15

16

17 [  ]    (BY FACSIMILE) The facsimile machine I used, with telephone no. (949) 477-9200, complied with California Rules of Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission.

18

19

20 [  ]    (BY FEDERAL EXPRESS - NEXT DAY DELIVERY) I placed true and correct copies of thereof enclosed in a package designated by Federal Express with the delivery fees provided for.

21

22

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

23

24 Executed on July 29, 2008, at Newport Beach, California.

25

26

27 Gretchen Grant

28

1

1 | JACKSON & ASSOCIATES, INC.
Robert J. Jackson, Esq., SBN 53809
2 | Scott J. Jackson, Esq., SBN 219157
3 | 4199 Campus Drive, Suite 700
Irvine, CA 92612
4 | Tel: (949) 854-2244/ Fax: (949) 892-1327
rjackson@jandalegal.com
5 |
6 | WRIGHT, FINLAY & ZAK, LLP
Robin Prema Wright, Esq. SBN 150984
7 | Darlene C. Vigil, Esq. SBN 223442
4665 MacArthur Court, Suite 280
8 | Newport Beach, CA 92660 (White/Pleadings/RJN)
9 | Tel: (949) 477-5050/Fax: (949) 477-9200
rwright@wrightlegal.net
10 |
Attorneys for Plaintiff and Moving Party,
11 | CONSUMER SOLUTIONS REO, LLC
12 |
13 | UNITED STATES DISTRICT COURT
14 | NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO
15 |

CONSUMER SOLUTIONS REO, LLC,　) Case No.: C 08-02308-SI
16 | 　) Hon. Susan Illston
17 | 　　　Plaintiff,　)
v.　) CERTIFICATION AND NOTICE OF
18 | 　) INTERESTED PARTIES
BABATUNDE M. WHITE;　) (Local Rule 3-16)
19 | and DOES 1 through 100, inclusive,　)
20 | 　　　Defendants.　)
21 | 　)
22 | 　)

24 | TO:　THE COURT AND ALL PARTIES APPEARING OF RECORD:

25 | Pursuant to Civil L.R. 3-16, the undersigned, certifies that as of this date, other than the

26 | ///
27 |
28 | ///

1

1   named parties, there is no such interest to report.

2

3                                                    Wright, Finlay and Zak, LLP

4   Dated:  July 29, 2008                 By:    */s/ Robin Prema Wright*
                                                 Robin Prema Wright, Esq.
5                                                Attorneys for Plaintiff
6                                                CONSUMER SOLUTIONS REO, LLC,

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   JACKSON & ASSOCIATES, INC.
    Robert J. Jackson, Esq., SBN 53809
2   Scott J. Jackson, Esq., SBN 219157
3   4199 Campus Drive, Suite 700
    Irvine, CA 92612
4   Tel: (949) 854-2244/ Fax: (949) 892-1327
    rjackson@jandalegal.com
5

6   WRIGHT, FINLAY & ZAK, LLP
    Robin Prema Wright, Esq. SBN 150984
7   Darlene C. Vigil, Esq. SBN 223442
    4665 MacArthur Court, Suite 280
8   Newport Beach, CA 92660 (White/Pleadings/Association)
9   Tel: (949) 477-5050/Fax: (949) 477-9200
    rwright@wrightlegal.net
10

11  Attorneys for Plaintiff,
    CONSUMER SOLUTIONS REO, LLC
12

13              UNITED STATES DISTRICT COURT

14        NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

15
    CONSUMER SOLUTIONS REO, LLC,        ) Case No.: C 08-02308-SI
16                                      ) Hon. Susan Illston
                                        )
17           Plaintiff,                 )
        v.                              ) ASSOCIATION OF COUNSEL
18                                      )
    BABATUNDE M. WHITE;                 )
19  and DOES 1 through 100, inclusive,  )
20                                      )
             Defendants.                )
21                                      )
                                        )
22  _____     )

23      TO ALL INTERESTED PARTIES:

24      The undersigned representative for CONSUMER SOLUTIONS REO, LLC, Plaintiff in this

25  action, does hereby associate and appoint Robin Prema Wright, Esq., SBN 150984 and Darlene C.

26  Vigil, SBN 223442 of Wright, Finlay & Zak, LLP, as lead counsel in this matter.
27

28

1

2  Dated: July 29, 2008

3

4

5

6

7  Dated: July 22, 2008

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JACKSON & ASSOCIATES, INC.

By:_____
        Robert J. Jackson, Esq.
        Attorney of Record for Plaintiff
        CONSUMER SOLUTIONS REO, LLC


WRIGHT, FINLAY & ZAK, LLP

By:_____
        Robin Prema Wright, Esq.
        Associate Attorney for Plaintiff
        CONSUMER SOLUTIONS REO, LLC

1

## PROOF OF SERVICE

2

I, Gretchen Grant, declare as follows:

3

4     I am employed in the County of Orange, State of California. I am over the age of
      eighteen (18) and not a party to the within action. My business address is 4665 MacArthur
5     Court, Suite 280, Newport Beach, California 92660. I am readily familiar with the practices of
      Wright, Finlay & Zak, LLP, for collection and processing of correspondence for mailing with
6     the United States Postal Service. Such correspondence is deposited with the United States
7     Postal Service the same day in the ordinary course of business.

8     On July 29, 2008, I served the within **ASSOCIATION OF COUNSEL**, on all interested
      parties in this action as follows:
9

10    [X]    by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope(s)
      addressed as follows:
11

      Babatunde White
12    1644 Cipriani Place
      Brentwood, CA 94513
13

14    [ X ]  (BY MAIL SERVICE) I placed such envelope(s) with postage thereon fully prepared, to
             be deposited in the U.S. Mail at Newport Beach, California, to the aforementioned
15           addressee(s).

16
      [ ]    (BY FACSIMILE) The facsimile machine I used, with telephone no. (949) 477-9200,
17           complied with California Rules of Court, Rule 2003, and no error was reported by the
             machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to
18           print a transmission record of the transmission.

19
      [ ]    (BY FEDERAL EXPRESS - NEXT DAY DELIVERY) I placed true and correct copies
20           of thereof enclosed in a package designated by Federal Express with the delivery fees
             provided for.
21

22    I declare under penalty of perjury under the laws of the State of California and the
      United States of America that the foregoing is true and correct.
23

24    Executed on July 29, 2008, at Newport Beach, California.

25

26    _____
      Gretchen Grant
27

28

1