IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BABATUNDE M. WHITE,

    Plaintiff,

v.

CONSUMER SOLUTIONS REO, LLC,

    Defendant.
                                     /

No. C 08-02308SI

**NOTICE**

To All Parties:

YOU ARE HEREBY NOTIFIED THAT plaintiff's motion to remand has been continued to Friday, October 31, 2008, at 9:00 a.m.

Dated: July 31, 2008

RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BABATUNDE M. WHITE,

    Plaintiff,

v.

CONSUMER SOLUTIONS REO, LLC et al,

    Defendant.

Case Number: CV08-02308 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 31, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Babatunde White
1644 Cipriani Place
Brentwood, CA 94513

Dated: July 31, 2008

    Richard W. Wieking, Clerk
    By: Tracy Sutton, Deputy Clerk