United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CONSUMER SOLUTIONS REO, LLC,

        Plaintiff,

  v.

BABATUNDE M. WHITE,

        Defendant.
_____/

No. C 08-02308 SI

**ORDER GRANTING DEFENDANT'S MOTION FOR CONTINUANCE**

On July 27, 2008, plaintiff filed a motion to remand this case to state court. [Docket No. 9] Oral argument on plaintiff's motion is scheduled for October 31, 2008. On October 28, 2008, defendant filed a motion requesting a continuance so that she can retain counsel. The Court GRANTS defendant's motion for a continuance. Defendant's opposition to plaintiff's motion for remand <u>must be filed and served on all parties by November 13, 2008</u>. Plaintiff's reply, if any, must be filed and served by November 20, 2008. The October 31 hearing is VACATED.

**IT IS SO ORDERED.**

Dated: October 30, 2008

                             SUSAN ILLSTON
                             United States District Judge