1 | Babatunde M. White
**Name and Address**
2 | 2068 Schell Mountain Way
3 | Antioch, CA 94531

FILED
NOV 13 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Consumer Solutions
**Plaintiff / Petitioner**

VS.

Babatunde White
**Defendant / Respondent**

Case No. C 08-02308 SI

**Document Name:**

Request for E filing

To Hon. Judge Susan Illston I am requesting to have Access to efiling my documents in this case, as it is a burden on me to travel.

Babatunde M. White

Plaintiff shall contact the ECF Helpline Desk at 866-638-7829

IT IS SO ORDERED
Susan Illston
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA