IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. NANCE, | No. C 08-02308 SI |
| Plaintiff/counter-defendant, | **JUDGMENT** |
| v. | |
| GEORGE SHENG and PEACE ELECTRONICS, INC., | |
| Defendants/counter-claimants. | |

This action has been resolved, subsequent to judicially-supervised settlement conference, by way of Order and Injunction Enforcing Settlement dated May 26, 2009. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: May 26, 2009

SUSAN ILLSTON
United States District Judge